# United States District Court
## NORTHERN DISTRICT OF NEW YORK

JUDGMENT NO. _____

DOCKET NO. _____
6:22-cv-00990-DNH-TWD

THE PRESIDENT OF THE UNITED STATES OF AMERICA
To the Marshal of the Northern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of The Taliban, including the blocked assets of any agency and instrumentality thereof, including but not limited to the blocked assets of PROMINVESTBANK held by the Bank of New York Mellon in Oriskany, New York.

in your district you cause to be made the sum of one hundred thirty-eight million fifty-six thousand three hundred ten dollars and eighty-seven cents, ($ 138,056,310.87)

which lately in the United States District Court of the United States for the Northern District of New York, in the Second Circuit, John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5, John Doe 6, John Doe 7

recovered against the said The Taliban, Al-Qaeda, and The Haqqani Network

in an action between John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5, John Doe 6, John Doe 7

PLAINTIFF and The Taliban, Al-Qaeda, and The Haqqani Network

DEFENDANT, in favor of said Plaintiffs - John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5, John Doe 6, John Doe 7

as appears by the record filed in the Clerk's Office of said District Court on the 21st day of September, in the year of 2022

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Hon. Therese Wiley Dancks, United States Magistrate Judge for the Northern District of New York at Syracuse, New York on the 2nd day of November, 2022.

*[signature]*
Clerk of Court
*[signature]*