IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Judgment Creditors,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA,<br>and THE HAQQANI NETWORK,<br><br>*Judgment Debtors,*<br><br>v.<br><br>THE BANK OF NEW YORK<br>MELLON,<br><br>*Garnishee.* | Case Action No. 6:22-cv-00990-DNH-TWD |

**NOTICE TO JUDGMENT DEBTOR OR OBLIGOR OF NOTICE OF APPLICATION FOR WRIT OF EXECUTION, EXEMPTIONS AND RIGHT TO HEARING**

Money or property belonging to you may have been taken or held in order to satisfy a judgment against you or against a terrorist entity for which you are alleged or have been determined to be an agency or instrumentality, such that your blocked assets may be used to satisfy a judgment against that entity. Read this carefully.

**YOU MAY BE ABLE TO GET YOUR MONEY BACK**

State and federal laws prevent certain money or property from being taken to satisfy judgments or orders. Such money or property is said to be "exempt" The following is a partial list of money that may be exempt:

1. Social Security Benefits
2. Supplemental Security Income Benefits (SSI) or Disability Benefits
3. Veteran's Benefits
4. Unemployment Benefits
5. Worker's Compensation Benefits

1

  6. Public Assistance (Welfare)
  7. Alimony and/or Child Support, and
  8. Certain Pensions

If you think that any of your money that has been taken or held is exempt, you must act promptly because the money may be applied to the judgment or order. If you claim that any of your money that has been taken or held is exempt or the Writ was issued improperly, you must DO THE FOLLOWING IMMEDIATELY. You have a deadline of ten (10) days from the date the Plaintiff mailed or delivered this notice to you.

  1. Check the appropriate box(es) in paragraph one of the attached "Request for a Hearing."

  2. Sign your name in the space indicated and write the address where the Court Clerk is to notify you of the hearing.

  3. Mail or take the "Request for Hearing" to the Court Clerk and to the Plaintiff or the Plaintiff's attorney within ten (10) days from the date this notice was mailed or delivered to you. Keep a copy for your records. The Court will set the matter for hearing and notify you. You have the right to a hearing within ten (10) days from the date the Court Clerk receives your claim. At the hearing in Court, you will have to prove that your property is exempt or the Writ of Execution was not properly issued. You should bring any documents which may help to prove your claim.

A KNOWINGLY MADE FALSE STATEMENT ON THE FORM MAY SUBJECT YOU TO CRIMINAL PENALTIES.

In addition, YOU MAY CONSULT AN ATTORNEY, INCLUDING LEGAL AID IF YOU QUALIFY. The law (New York civil practice law and rules, article four and sections fifty-two hundred thirty-nine and fifty-two hundred forty) provides a procedure for determination of a claim to an exemption.

                Respectfully submitted,

                s/*Orlando do Campo*

Orlando do Campo
do Campo & Thornton, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
(305) 358-6600
od@dandtlaw.com
Bar Roll #703891

John Thornton
(admitted *pro hac vice*)
do Campo & Thornton, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
(305) 358-6600
jt@dandtlaw.com

Daniela Jaramillo
(admitted *pro hac vice*)
do Campo & Thornton, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
(305) 358-6600
dj@dandtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2022, in the manner specified, I e-mailed the foregoing to the Clerk and sent via registered mail, return receipt requested, a copy of the foregoing to the entities on the service list below.

s/*Orlando do Campo*
Orlando do Campo

### Service List

**Prominvestbank**
12, Shevchenko lane,
Kyiv 01001, Ukraine.

**The Taliban**
ARG Presidential Office
Akber, Kabul, Afghanistan

Clerk of Court

Issued on 11-2-2022

3

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN DOES 1 THROUGH 7,

    *Judgment Creditors,*

v.

THE TALIBAN, AL-QAEDA,
and THE HAQQANI NETWORK,

    *Judgment Debtors,*

v.

THE BANK OF NEW YORK
MELLON,

    *Garnishee.*

Case Action No. 6:22-cv-00990-DNH-TWD

**<u>Request for Hearing</u>**

l. Complete this paragraph if you claim the property executed upon is exempt:

( ) (a) The property which has been executed upon is exempt from execution because it is (Check the applicable box or boxes):

    ( ) Homestead up to the amount allowed by law
    ( ) A motor vehicle used in my trade or business and having a value below
    that allowed by law
    ( ) Tools of the trade
    ( ) Social Security Benefits
    ( ) Supplemental Security Income (SSI)
    ( ) Veterans' Benefits
    ( ) Unemployment Benefits
    ( ) Worker's Compensation
    ( ) Public Assistance (Welfare)
    ( ) Alimony or Child Support
    ( ) Pensions
    ( ) Wages or other earnings from personal services
    ( ) Owned by another person
    ( ) Only partly owned by me
    ( ) Certain tools of the trade below the value allowed by law
    ( ) Certain furniture and appliances

5

      ( ) Certain musical instruments
      ( ) Certain heirlooms
      ( ) Other (describe):_____

( )(b)   Check if applicable: I have attached copies of the documents that show my property is exempt.

      ( ) I claim ownership of all or part of the property taken and I am not one of the persons against whom a judgment has been entered.

      ( ) I do not own the property taken.

I REQUEST THAT THIS MATTER BE SET FOR A HEARING.

THE STATEMENTS MADE IN THIS REQUEST ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated this _____ day of _____, 202_

                                              Respectfully submitted,

                                              _____
                                              Signature
                                              Typed Name: _____
                                              Address: _____
                                              _____
                                              _____
                                              Telephone:_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _____ day of _____, 202_, in the manner specified, I filed the foregoing with the Clerk via _____ and sent via _____ a copy of the foregoing to the individuals or entities on the service list below.

_____
Signature

**Service List**

**Prominvestbank**
12, Shevchenko lane,
Kyiv 01001, Ukraine.

**The Taliban**
ARG Presidential Office
Akber, Kabul, Afghanistan

**Do Campo and Thornton, P.A.**
150 S.E. Second Avenue, Suite 602
Miami, Florida 33131
United States