**do Campo & Thornton, P.A.**  ATTORNEYS AT LAW

CHASE BANK BUILDING
150 S.E. SECOND AVENUE • SUITE 602
MIAMI, FLORIDA 33131
PH 305 358 6600 • FAX 358 6601
DANDTLAW.COM

November 2, 2022

**VIA CM/ECF**
Hon. Thérèse Wiley Dancks
United States Magistrate Judge
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, New York 13261-7346

Re: *John Does 1 Through 7, v. The Taliban, Al-Qaeda, and The Haqqani Network*, No. 6:22-cv-00990

Dear Judge Dancks:

On November 2, 2022, pursuant to this Court's Order (Dkt. 16), the Clerk of Court issued the Writ of Execution directed at the Bank of New York Mellon (Dkt. 17).

According to Fed. R. Civ. P. 4.1, "Process—other than a summons under Rule 4 or a subpoena under Rule 45—must be served by a United States marshal or deputy marshal or by a person specially appointed for that purpose."

It is our experience in matters such as this one that a private process server can accomplish the service with the least delay, and without taxing federal resources. As such, we respectfully request entry of a docket text entry Order/notation order on this letter, specially appointing the following process server to serve the Writ of Execution (Dkt. 17):

    Brent Whittington
    TruServ Legal Support
    500 Seneca Street #865
    Utica, New York 13502

Thank you for the Court's consideration. Please advise if the Court requires anything further.

                        Sincerely,

                        /s/ *Orlando do Campo*
                        Orlando do Campo
                        do Campo & Thornton, P.A.
                        150 S.E. 2nd Avenue, Ste. 602
                        Miami, Florida 33131

(305) 358-6600
od@dandtlaw.com
Bar Roll #703891

John Thornton
(*pro hac vice*)
do Campo & Thornton, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
 (305) 358-6600
 jt@dandtlaw.com

Daniela Jaramillo
(*pro hac vice*)
do Campo & Thornton, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
(305) 358-6600
dj@dandtlaw.com