## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of New York

Index Number: 6:22-CV-00990-DNH-TWD

Date Filed: 11/2/2022



2022003340

Creditor:
JOHN DOES 1 THROUGH 7,

vs.

Defendant:
THE TALIBAN, AL-QAEDA, AND THE HAQQANI NETWORK, THE BANK OF NEW YORK MELLON

For:
CAMPO & THORNTON, PA
150 S.E. 2ND AVENUE
SUITE 602
MIAMI, FL 33131

Received by TruServ Legal Support & Service to be served on **THE BANK OF NEW YORK MELLON, 6023 AIRPORT RD, ORISKANY, NY 13424**.

I, Brent Whittington, being duly sworn, depose and say that on the **3rd day of November, 2022** at **12:33 pm**, I:

served a **CORPORATION** by delivering a true copy of the **CERTIFIED WRIT OF EXECUTION; CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT AND FINAL DEFAULT JUDGMENT; NOTICE TO JUDGMENT DEBTOR OR OBLIGOR; and NOTICE OF APPLICATION FOR WRIT OF EXECUTION, EXEMPTIONS AND RIGHT TO HEARING** with the date and hour of service endorsed thereon by me, to: **MR. "SOCCER" (PHONETICALLY)** as **SECURITY SUPERVISOR** for **THE BANK OF NEW YORK MELLON**, at the address of: **6023 AIRPORT RD, ORISKANY, NY 13424**, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 50, Sex: M, Race/Skin Color: WHITE, Height: 6'1, Weight: 220, Hair: LIGHT BROWN, Glasses: N

I am over the age of 18, of sound mind and neither a party to or interested in the above suit. I have personal knowledge of the facts stated above. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state or federal jurisdiction.

Subscribed and Sworn to before me on the 4th day of November, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC
RACHEL LYNN RENODIN
NOTARY PUBLIC STATE OF NEW YORK
NO. 01RE6406058
QUALIFIED IN HERKIMER COUNTY
MY COMMISSION EXPIRES MARCH 23RD, 2024

Brent Whittington
Process Server

TruServ Legal Support & Service
P.O. Box 865
Utica, NY 13503
(888) 262-4291

Our Job Serial Number: TRU-2022003340

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i