

# FERRARA FIORENZA PC
### ATTORNEYS AND COUNSELORS AT LAW

SYRACUSE • ROCHESTER • BINGHAMTON
5010 CAMPUSWOOD DRIVE, EAST SYRACUSE, NY 13057
TELEPHONE (315) 437-7600 FACSIMILE (315) 437-7744*
*NOT FOR SERVICE OF PROCESS*

ccspagnoli@ferrarafirm.com

November 14, 2022

*Via Electronic Filing*

John M. Domurad, Clerk of Court
US District Court, Northern District of New York
10 Broad Street
Utica, NY 13501

RE: **Registration of Judgment from NDTX and Issuance of Writ of Execution and Writ of Garnishment**
**Civil Action No. 6:22-cv-00990**

Dear Mr. Domurad:

The undersigned commenced this proceeding as local counsel for the Plaintiff(s). However, as their regular counsel (Orlando doCampo, Esq.) has been admitted to practice before the Court, my participation is no longer needed. Please accept this correspondence as my request to withdraw as counsel for the Plaintiff(s), and to remove me and the other personnel with our firm (Kara Clippard and Erik Bernstein) from the list of individuals to be notified of electronic filings in the matter.

Thank you for your attention to this matter.

Respectfully submitted,

Ferrara Fiorenza PC

Charles C. Spagnoli

CCS/klc