IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Judgment Creditors,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA,<br>and THE HAQQANI NETWORK,<br><br>*Judgment Debtors,*<br><br>v.<br><br>THE BANK OF NEW YORK MELLON,<br><br>*Garnishee.* | Case Action No. 6:22-cv-00990-DNH-TWD |

### **NOTICE OF EXECUTION PROCEEDINGS**

**To:   The Taliban**

**You are hereby notified** that the Judgment Creditors have initiated legal proceedings pursuant to NY C.P.L.R. § 5225 and the Terrorism Risk Insurance Act of 2002 ("TRIA") seeking execution of their judgment against the Taliban from assets belonging to Prominvestbank that have been blocked and are being held at the Bank of New York Mellon.

In these proceedings, the Judgment Creditors allege that Prominvestbank is an agency or instrumentality of Judgment Debtor the Taliban, and seek to execute against the blocked assets of Prominvestbank on those grounds, pursuant to TRIA.

**You have the right to challenge the execution**. To do so, you must appear at the United States District Court of the Northern District of New York, personally or through a lawyer. If you do not appear and contest the execution within thirty days of the date that this notice was

1

2

delivered to you, judgment may be entered allowing the Judgment Creditors to execute against the blocked assets of Prominvestbank held at the Bank of New York Mellon on the grounds that Prominvestbank is an agency or instrumentality of the Taliban.

> Respectfully submitted,
>
> /s/ *Orlando do Campo*
> Orlando do Campo
> do Campo & Thornton, P.A.
> 150 S.E. 2nd Avenue, Ste. 602
> Miami, Florida 33131
> (305) 358-6600
> od@dandtlaw.com
> Bar Roll #703891