IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Judgment Creditors,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA,<br>and THE HAQQANI NETWORK,<br><br>*Judgment Debtors,*<br><br>v.<br><br>THE BANK OF NEW YORK<br>MELLON,<br><br>*Garnishee.* | Case Action No. 6:22-cv-00990-DNH-TWD |

### CREDITORS' NOTICE OF FILING MOTION FOR EXTENSION OF WRIT OF EXECUTION

PLEASE TAKE NOTICE that upon the attached Motion for Extension of Writ of Execution and Incorporated Memorandum of Law, the undersigned attorneys for Judgment Creditors John Does 1 through 7 (the "Doe Creditors") shall move this Court, before the Honorable Judge David N. Hurd, United States District Judge for the Northern District of New York, at the Alexander Pirnie Courthouse located at 10 Broad Street, Utica, New York 13501 for an Order granting extension of the Writ of Execution served on The Bank of New York Mellon in this matter.

Respectfully submitted,

s/*Orlando do Campo*
Orlando do Campo
do Campo & Thornton, P.A.
150 S.E. 2nd Avenue, Ste. 602

1

Miami, Florida 33131
(305) 358-6600
od@dandtlaw.com
Bar Roll #703891

John Thornton
*(*Admitted *pro hac vice)*
do Campo & Thornton, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
(305) 358-6600
jt@dandtlaw.com

Daniela Jaramillo
*(*Admitted *pro hac vice)*
do Campo & Thornton, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
(305) 358-6600
dj@dandtlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 15, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Orlando do Campo*
Orlando do Campo