## Affidavit of Process Server

None

John Does 1 through 7v. The Tailban, Al-Qaeda and The Haqqani Network Case Number: 6:22-cv-00990-DNH-TWD- In the U.S. District Court for the Northern District of New York

I, Nabi Yousafzai, being first duly **sworn,** depose and say: that I **am** over the age or 18 years and not• p;,rt to this action, end that within the boundaries of the **state** where service was effected, I was authorized by law **to perform** said service.

Party Served: The Taliban
 BY SERVING: Mula **Mohammad** Alam - CO-OPERATIVE Commander of ARG

**Documents Served:** Notice of Execution Proceedings, Notice to Judgment Debtor

Writ of Execution, Exemptions and right to Hearing - English Documenta & Pushto Documents

**Served at Place of Business: ARG Residential Office, Akher,**

Date Served: 12/1/2022   Time of Service· 10:30 AM

By leaving with  Mui• Mohammad Alam - Co-operative Commander of ARG

**Manner of Service:** X     PERSONAL SERVICE: By personally delivering copies to the person being served.
SUBSTITUTED SERVICE AT RESIDENCE:  By personally delivering copies to the dwelling house or-usual place of abode of

the person (or authorized person on behalf of an entity) being served. Person receiving documents must be at least **18** years of age and should be informed or tile general nature of the papers.

SUBSTITUTED SERVICE AT BUSINESS:  By leaving, during normal business hours, copies at **the** office of the person/entity

being served with the person apparently in charge then, of,

POSTING:  By posting copies In a conspicuous manner near the front door of the person/ entity being served.

MAILING: I also placed a copy of the documents In the mail on from ,

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ **Unknown at Address**    **Moved, Left no Forwarding**     **Service Cancelled by Litigant**    **Unable to serve in a Timely Fashion** **Address Does Not Exist    Other:**

**MILITARY SERVICE (X)**   Deponent asked the person spoken to whether Defendant was in the active military service of the United States in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothing and no military uniform. The source of Deponent's information and the grounds of Deponent's belief are the conversations and observations above narrated.

▶ *Nabi* [signature]
SIGNATURE OF PROCESS SERVER

Subscribed and sworn to (or affirmed) before me on this __8__ day of __Dec__, 20__22__ by

Nabi Yousafzai _____, proved to me on the basis of satisfactory evidence to be the person(s) before me.

Signature: [signature]

[Stamp in Arabic/Pashto:]
دارالوكالة
"4548"
شماره جواز
موقعیت: ناحیه دوم- شهر کابل
1397/02/18

21661/ALLSTATEPROOF