IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Judgment Creditors*,<br><br>v.<br><br>THE TALIBAN, AL-QAEDA, and THE HAQQANI NETWORK,<br><br>*Judgment Debtors,*<br><br>v.<br><br>THE BANK OF NEW YORK MELLON,<br><br>*Garnishee* | Case Action No. 6:22-cv-00990-DNH-TWD |

**ORDER TO SHOW CAUSE REGARDING
THE DEPOSIT GUARANTEE FUND'S
<u>MOTION TO INTERVENE AND VACATE THE WRIT OF EXECUTION</u>**

Upon (i) the Declaration of Dmytro Kostiukov and exhibits attached thereto; (ii) the Declaration of Dennis H. Tracey, III; and (iii) The Deposit Guarantee Fund's ("DGF") Memorandum of Law in Support of its Order to Show Cause;

IT IS HEREBY ORDERED that the Judgment Creditors show cause before the Honorable David N. Hurd, United States District Judge, at the Alexander Pirnie Federal Bldg. and U.S. Courthouse, 10 Broad Street, Utica, NY 13501 in courtroom ___ on _____, 2023 at _____, or as soon thereafter as counsel may be heard, as to why an order should not be issued (1) granting DGF's motion to intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure, and (2) vacating the Writ of Execution that was entered *ex parte* on November 2, 2022 (ECF. No. 17).

IT IS FURTHER ORDERED that service of a copy of this order and the accompanying papers upon Judgment Creditors on or before _____, 2023 shall be deemed good service thereof.

IT IS FURTHER ORDERED that opposition papers, if any, be filed with the Court and served upon Hogan Lovells US LLP, counsel for DGF on or before _____, 2023, and that reply papers, if any, be filed with the Court and served upon counsel for Judgment Creditors and Bank of New York Mellon on or before _____, 2023.

No prior request for relief has been made in this action.

**SO ORDERED.**

Dated: _____
      New York, New York

_____
The Honorable David N. Hurd
United States District Judge