# **<u>EXHIBIT 1</u>**



## Правління Національного банку України

# Р І Ш Е Н Н Я

## Київ

Про відкликання банківської ліцензії та ліквідацію
Публічного акціонерного товариства
"Акціонерний комерційний промислово-інвестиційний банк"

Розглянувши пояснювальну записку Департаменту банківського нагляду та Департаменту ліцензування від 24 лютого 2022 року, Правління Національного банку України зазначає таке.

Відповідно до постанови Правління Національного банку України від 24 лютого 2022 року № 19 "Про особливості припинення діяльності банків в умовах воєнного стану" Національний банк України має право прийняти рішення про відкликання банківської ліцензії та ліквідацію банку, що перебуває під контролем держави-агресора.

Відповідно до відомостей про структуру власності Публічного акціонерного товариства "Акціонерний комерційний промислово-інвестиційний банк" (далі – ПАТ "Промінвестбанк") станом на 01 січня 2022 року власником 99,772644% акцій ПАТ "Промінвестбанк" є Державна корпорація розвитку "ВЕБ.РФ", Російська Федерація [State Development Corporation "VEB.RF", Russian Federation) (Російська Федерація, 107996, м. Москва, просп. Академіка Сахарова, 9 (Russian Federation, 107996, Moscow, Akademika Sakharova Prospekt 9. Реєстраційний номер – 1077711000102].

Акціонером та власником 100% статутного капіталу (тобто контролером) Державної корпорації розвитку "ВЕБ.РФ" є Російська Федерація. Державна корпорація розвитку "ВЕБ.РФ" (далі - ВЕБ.РФ) створена Російською Федерацією на підставі спеціального Федерального закону "Про банк розвитку". Статутний капітал ВЕБ.РФ не розділений на акції (долі учасників), особи, які розпоряджаються на будь-якій підставі акціями ВЕБ.РФ, відсутні.

Відповідно, контролером ПАТ "Промінвестбанк" є опосередковано через Державну корпорацію розвитку "ВЕБ.РФ" Російська Федерація, яку визнано державою-агресором.

Ураховуючи вищезазначене, керуючись вимогами статті 15 Закону України "Про Національний банк України", пунктом 1 постанови Правління Національного банку України від 24 лютого 2022 року № 19 "Про особливості припинення діяльності банків в умовах воєнного стану", Правління Національного банку України **вирішило**:



ДОКУМЕНТ СЕД НБУ АСКОД

Підписувач Шевченко Кирило Євгенович
Сертифікат 36186A0FEAAD76B204000000E9100000DB430000
Дійсний до:01.07.2023 16:41:07

Національний банк України

90-рш/БТ
від 25.02.2022 00:33

2

1.Відкликати банківську ліцензію та ліквідувати ПАТ "Промінвестбанк".

2.Департаменту банківського нагляду (Наталія Дегтярьова) та Департаменту ліцензування (Михайло Федоренко) повідомити про прийняття цього рішення ПАТ "Промінвестбанк", учасників ПАТ "Промінвестбанк" та надіслати це рішення Фонду гарантування вкладів фізичних осіб.

3.Департаменту банківського нагляду (Наталія Дегтярьова) забезпечити надання Фонду гарантування вкладів фізичних осіб копію цього рішення не пізніше дня його прийняття.

4. Департаменту комунікацій (Галина Калачова) забезпечити оприлюднення повного тексту цього рішення з обґрунтуванням його прийняття на сторінках офіційного Інтернет-представництва Національного банку України з урахуванням вимог Закону України "Про захист персональних даних" та надати для опублікування в газеті "Голос України" або "Урядовий кур'єр" інформацію про оприлюднення повного тексту цього рішення.

5. Контроль за виконанням цього рішення покласти на заступника Голови Національного банку України Ярослава Матузку та директора Департаменту банківського нагляду Наталію Дегтярьову.

Голова                                                                     Кирило ШЕВЧЕНКО

Інд. 20



ДОКУМЕНТ СЕД НБУ АСКОД

Підписувач Шевченко Кирило Євгенович
Сертифікат 36186A0FEAAD76B204000000E9100000DB430000
Дійсний до:01.07.2023 16:41:07

Національний банк України

90-рш/БТ
від 25.02.2022 00:33



### Board of the National Bank of Ukraine
## DECISION

### Kyiv

On revocation of the banking license and liquidation of
Joint-Stock Commercial Industrial and Investment Bank
Public Joint-Stock Company

Having considered the explanatory memorandum of the Banking Supervision Department and the Licensing Department dated 24/02/2022, the Board of the National Bank of Ukraine notes the following.

Pursuant to resolution No. 19 of the Board of the National Bank of Ukraine dated 24/02/2022, "On specifics of winding-up of banks in the context of martial law", the National Bank of Ukraine has the right to decide to revoke banking license and liquidate the bank under the control of the aggressor state.

According to the information on the ownership structure of Joint-Stock Commercial Industrial and Investment Bank Public Joint-Stock Company (hereinafter, Prominvestbank PJSC), as of 01/01/2022, 99.772644% of shares in Prominvestbank PJSC are owned by the State Development Corporation VEB.RF, Russian Federation (Russian Federation, 107996, Moscow, Akademika Sakharova, Prospekt 9. Registration number 1077711000102).

The Russian Federation is the shareholder and owner of 100% of the authorised capital (i.e., the controller) of the State Development Corporation VEB.RF. The State Development Corporation VEB.RF (hereinafter, VEB.RF) was established by the Russian Federation on the basis of the special Federal Law "On Development Bank". The authorised capital of VEB.RF is not divided into shares (stakes of members), there are no persons who dispose of the shares of VEB.RF on any basis.

Accordingly, the Russian Federation, which was declared aggressor state, indirectly controls Prominvestbank PJSC through the State Development Corporation VEB.RF.

In view of the above, guided by the requirements of Article 15 of the Law of Ukraine "On the National Bank of Ukraine", paragraph 1 of resolution No. 19 of the Board of the National Bank of Ukraine dated 24/02/2022 "On specifics of winding-up of banks in the context of martial law", the Board of the National Bank of Ukraine **resolved**:



ASKOD ELECTRONIC DOCUMENT MANAGEMENT SYSTEM NBU
DOCUMENT

Subscriber Kyrylo Yevhenovych Shevchenko
Certificate 36186A0FEAD76B204000000E9100000DV430000
Valid until: 01/07/2023 16:41:07



National Bank of Ukraine

90-rsh/BT
dated 25/02/2022 00:33

2

1.    To recall the banking license and liquidate Prominvestbank PJSC.

2.    The Banking Supervision Department (Natalia Dehtiariova) and the Licensing Department (Mikhailo Fedorenko) to notify Prominvestbank PJSC and the participants of Prominvestbank PJSC of the adoption of this decision and to send this decision to the Deposit Guarantee Fund.

3.    The Banking Supervision Department (Natalia Dehtiariova) to ensure that a copy of this decision is submitted to the Deposit Guarantee Fund no later than the day of its adoption.

4.    The Communications Department (Halyna Kalachova) to publish the full text of the decision justifying the adoption thereof on the pages of the official website of the National Bank of Ukraine in view of the requirements of the Law of Ukraine "On personal data protection" and provide the information on disclosure of the full text of the decision for publication in the Voice of Ukraine (Holos Ukrainy) or Government Courier (Uriadovyi kurier) newspapers.

5.    Deputy Chairperson of the National Bank of Ukraine Yaroslav Matuzka and Director of the Banking Supervision Department Natalia Dehtiariova to oversee the implementation of this decision.


Chairperson                                                         Kyrylo SHEVCHENKO


ID 20



ASKOD ELECTRONIC DOCUMENT MANAGEMENT SYSTEM NBU
[National Bank of Ukraine] DOCUMENT

Subscriber Kyrylo Yevhenovych Shevchenko
Certificate 36186A0FEAD76B204000000E9100000DV430000
Valid until: 01/07/2023 16:41:07



National Bank of Ukraine

90-rsh/BT
dated 25/02/2022 00:33



**TRANSPERFECT**

STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATION

I, Jacqueline Yorke, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided Ukrainian into English translation(s) of the source document(s) listed below are true and accurate:

- 01_2022.02.25 Board of the National Bank of Ukraine Decision (UKR)

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

_____

Jacqueline Yorke, Project Manager


Sworn to before me this
Wednesday, December 28, 2022

_____
Signature, Notary Public

WENDY POON
STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in
Queens County
01PO6356754
MY COMMISSION EXPIRES 04-03-2025

_____
Stamp, Notary Public