# **EXHIBIT 2**



# ВИКОНАВЧА ДИРЕКЦІЯ ФОНДУ ГАРАНТУВАННЯ ВКЛАДІВ ФІЗИЧНИХ ОСІБ

## РІШЕННЯ

25.02.2022     м. Київ     № 130

Про початок процедури ліквідації
ПАТ «АКЦІОНЕРНИЙ КОМЕРЦІЙНИЙ
ПРОМИСЛОВО-ІНВЕСТИЦІЙНИЙ БАНК»
та делегування повноважень ліквідатора банку

Відповідно до пункту 2 частини п'ятої статті 12, частини першої статті 35, частин четвертої та п'ятої статті 44, статей 45, 47, 48 Закону України «Про систему гарантування вкладів фізичних осіб» (далі – Закон), на підставі рішення Правління Національного банку України від 25.02.2022 № 90-рш/БТ «Про відкликання банківської ліцензії та ліквідацію Публічного акціонерного товариства «Акціонерний комерційний промислово-інвестиційний банк», виконавча дирекція Фонду гарантування вкладів фізичних осіб (далі – Фонд)

**ВИРІШИЛА:**

1. Розпочати процедуру ліквідації у ПУБЛІЧНОМУ АКЦІОНЕРНОМУ ТОВАРИСТВІ «АКЦІОНЕРНИЙ КОМЕРЦІЙНИЙ ПРОМИСЛОВО-ІНВЕСТИЦІЙНИЙ БАНК» (далі – ПАТ «АКЦІОНЕРНИЙ КОМЕРЦІЙНИЙ ПРОМИСЛОВО-ІНВЕСТИЦІЙНИЙ БАНК») строком на три роки з 25.02.2022 до 24.02.2025 включно.

2. Призначити уповноваженою особою Фонду та делегувати всі повноваження ліквідатора ПАТ «АКЦІОНЕРНИЙ КОМЕРЦІЙНИЙ ПРОМИСЛОВО-ІНВЕСТИЦІЙНИЙ БАНК», визначені Законом, зокрема, статтями 37, 38, 47-52, $52^1$, 53 Закону, в тому числі з підписання всіх договорів, пов'язаних з реалізацією активів банку у порядку, визначеному Законом, окрім повноважень в частині організації реалізації активів банку, провідному професіоналу з питань ліквідації банків відділу організації процедур ліквідації банків департаменту ліквідації банків Караченцева Артема Юрійовича (РНОКПП 3088119116) строком на три роки з 25.02.2022 до 24.02.2025 включно.

2

3. Управлінню зв'язків з громадськістю та міжнародними організаціям (Серветник І.В.) забезпечити розміщення інформації про запровадження процедури ліквідації у ПАТ «АКЦІОНЕРНИЙ КОМЕРЦІЙНИЙ ПРОМИСЛОВО-ІНВЕСТИЦІЙНИЙ БАНК» і про призначення уповноваженої особи Фонду та делегування повноважень ліквідатора ПАТ «АКЦІОНЕРНИЙ КОМЕРЦІЙНИЙ ПРОМИСЛОВО-ІНВЕСТИЦІЙНИЙ БАНК», визначених Законом, на офіційному сайті Фонду в мережі Інтернет не пізніше наступного робочого дня і у газетах «Урядовий кур'єр» або «Голос України» не пізніше ніж через сім днів після прийняття даного рішення.

4. Враховуючи оголошення військового стану в Україні та керуючись нормами Конституції України з метою збереження життя та здоров'я людей, процедури ліквідації здійснювати дістанційно без виїзду за місцем розташування банку.

5. Контроль за виконанням цього рішення покласти на заступника директора-розпорядника Ольгу Білай.

6. Це рішення набирає чинності з моменту його прийняття.

В.о. директора-розпорядника  Віктор НОВІКОВ

Інд. 49

Протокол засідання виконавчої дирекції

від «25» лютого 2022 року № 018/22



# EXECUTIVE DIRECTORATE OF THE DEPOSIT GUARANTEE FUND

## DECISION

[hw:] *25/02/*2022                Kyiv                No. [hw:] *130*

On the initiation of the liquidation procedure
in JOINT-STOCK COMMERCIAL INDUSTRIAL
AND INVESTMENT BANK PJSC
and delegation of powers of the bank liquidator

Pursuant to Article 12 Part Five paragraph 2, Article 35 Part One, Article 44 Parts Four and Five, Articles 45, 47, 48 of the Law of Ukraine "On the deposit guarantee system" (hereinafter, the Law), based on decision No. 90-rsh/BT of the Board of the National Bank of Ukraine dated 25/02/2022 "On revocation of the banking license and liquidation of Joint-Stock Commercial Industrial and Investment Bank Public Joint-Stock Company", the Executive Directorate of the Deposit Guarantee Fund (hereinafter, the Fund)

**DECIDED:**

1.      To initiate the liquidation procedure in JOINT-STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK PUBLIC JOINT-STOCK COMPANY (hereinafter, JOINT-STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK PJSC) for a period of three years from 25/02/2022 to 24/02/2025 inclusive.

2.      To appoint Artem Yuriiovych Karachentsev (Taxpayer Registration Identification Card Number 3088119116), leading bank liquidation professional of the Bank Liquidation Department, as authorised person of the Fund and delegate him all the powers of the liquidator of JOINT-STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK PJSC as stipulated by the Law, in particular, Articles 37, 38, 47-52, $52^1$, 53 of the Law, including the powers to sign all contracts related to the sale of the bank's assets in the manner set forth by the Law, other than powers relating to the organisation of the sale of the bank's assets, for a period of three years from 25/02/2022 to 24/02/2025 inclusive.

2

3. Public Affairs and International Organisations Department (I.V. Serventyk) to ensure that information on the initiation of liquidation procedure in JOINT-STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK PJSC and on the appointment of the Fund's authorised person and the delegation of the powers of liquidator of JOINT-STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK PJSC, as stipulated by the Law, is published online on the official website of the Fund no later than the next business day, and in the Voice of Ukraine (Holos Ukrainy) or Government Courier (Uriadovyi kurier) newspapers no later than seven days after the adoption of this decision.

4. Considering the declaration of martial law in Ukraine and guided by the Constitution of Ukraine, to preserve the life and health of people, the liquidation procedures should be performed remotely without exiting the bank location.

5. Deputy Managing Director Olha Bilai to oversee the implementation of this decision.

6. This decision shall come into force at the time of its adoption.

**Acting Managing Director**       [signature]       **Viktor NOVIKOV**

ID 49                     Minutes of the Executive Directorate Meeting
                              dated [hw:] *25/02/* 20 [hw:] *22*
                              No. [hw:] *018/22*



STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATION

I, Jacqueline Yorke, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided Ukrainian into English translation(s) of the source document(s) listed below are true and accurate:

- 02_2022.02.25 DGF Decision (UKR)

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

_____
Jacqueline Yorke, Project Manager

Sworn to before me this
Wednesday, December 28, 2022

_____
Signature, Notary Public

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE