# **<u>EXHIBIT 5</u>**



РАДА НАЦІОНАЛЬНОЇ БЕЗПЕКИ І ОБОРОНИ УКРАЇНИ

## РІШЕННЯ

**від 11 травня 2022 року**

Введено в дію
Указом Президента України
від 11 травня 2022 року № 326/2022

## Про примусове вилучення в Україні об'єктів права власності Російської Федерації та її резидентів

В умовах відсічі збройній агресії Російської Федерації проти України та в ході ведення відповідних бойових дій з причин, пов'язаних з вищими державними інтересами, а саме з метою мобілізації фінансових ресурсів держави для забезпечення незалежності та національної безпеки України, усунення гуманітарної кризи, викликаної війною, усунення/мінімізації інших наслідків війни, включаючи здійснення репарацій, а також для відмови Російській Федерації у доступі до економічних ресурсів, які потенційно можуть бути використані для підтримання ведення війни, відповідно до статті 3 Закону України "Про основні засади примусового вилучення в Україні об'єктів права власності Російської Федерації та її резидентів" Рада національної безпеки і оборони України **в и р і ш и л а**:

1. Примусово вилучити в Україні такі об'єкти права власності Російської Федерації та її резидентів:

а) корпоративні права:

у розмірі 99,772644 відсотка майна публічного акціонерного товариства "Акціонерний комерційний промислово-інвестиційний банк" (код згідно з ЄДРПОУ - 00039002, місцезнаходження: 01001, м. Київ, вул. Малопідвальна, 8), що належать Державній корпорації розвитку "ВЕБ.РФ" (місцезнаходження: Російська Федерація, 107996, м. Москва, просп. Академіка Сахарова, 9, реєстраційний номер - 1077711000102);

у розмірі 100 відсотків майна акціонерного товариства "Міжнародний Резервний банк" (код згідно з ЄДРПОУ - 25959784, місцезнаходження: 01601, м. Київ, вул. Володимирська, 46), що належать публічному акціонерному товариству "Сбєрбанк Росії" (місцезнаходження: Російська Федерація, 117997, м. Москва, вул. Вавілова, 19, реєстраційний номер - 1027700132195);

б) фінансові активи (у вигляді прав вимоги боргу) згідно з **додатком**:

Державної корпорації розвитку "ВЕБ.РФ" до публічного акціонерного товариства "Акціонерний комерційний промислово-інвестиційний банк";

публічного акціонерного товариства "Сбєрбанк Росії" до акціонерного товариства "Міжнародний Резервний банк";

публічного акціонерного товариства "Акціонерний комерційний промислово-інвестиційний банк", акціонерного товариства "Міжнародний Резервний банк" до юридичних осіб;

в) фінансові активи (кошти на накопичувальному та кореспондентських рахунках, облігації внутрішньої державної позики, депозитні сертифікати, що емітовані Національним банком України, крім заборгованості перед публічним акціонерним товариством "Акціонерний комерційний промислово-інвестиційний банк" та акціонерним товариством "Міжнародний Резервний банк" за наданими кредитами, не включаючи зобов'язання за позиками (кредитами), отриманими юридичними особами згідно з **додатком**):

публічного акціонерного товариства "Акціонерний комерційний промислово-інвестиційний банк";

акціонерного товариства "Міжнародний Резервний банк", крім коштів у сумі 3000000000 гривень (три мільярди гривень), які спрямувати на задоволення вимог кредиторів акціонерного товариства "Міжнародний Резервний банк" та на здійснення оплати витрат банку, пов'язаних зі здійсненням процедури ліквідації, зокрема усіх витрат Фонду гарантування вкладів фізичних осіб, пов'язаних зі здійсненням ліквідаційної процедури банку (управлінням майном (активами), продажем майна (активів)) та іншими витратами);

2. Кабінету Міністрів України, Фонду гарантування вкладів фізичних осіб за участю Національного банку України забезпечити проведення примусового вилучення зазначених у цьому рішенні об'єктів права власності Російської Федерації та її резидентів у десятиденний строк з дня опублікування Указу Президента України про введення в дію цього рішення.

Секретар Ради національної
безпеки і оборони України                                                    О. ДАНІЛОВ

Додаток
до рішення Ради національної безпеки
і оборони України від 11 травня 2022 року
"Про примусове вилучення в Україні
об'єктів права власності Російської Федерації
та її резидентів", уведеного в дію
Указом Президента України
від 11 травня 2022 року № 326/2022

**ФІНАНСОВІ АКТИВИ,**
**зокрема у вигляді прав вимоги боргу, що підлягають передачі, станом**
**на 31 березня 2022 року**

# Документи та файли

 **Сигнальний документ —**  f515929n22.pdf

## Публікації документа

- **Голос України** від 19.05.2022 — № 106
- **Урядовий кур'єр** від 19.05.2022 — № 112
- **Офіційний вісник Президента України** від 20.06.2022 — 2022 р., № 5, стор. 10, стаття 128
- **Офіційний вісник України** від 24.06.2022 — 2022 р., № 49, стор. 108, стаття 2731, код акта 111951/2022



23/12/2022, 9:39 a.m.
Case 6:22-cv-00990-DNH-TWD   Document 35-9   Filed 12/30/22   Page 5 of 8
On Enforcement of Russian Federation Property Rights...| dated 11/05/2022 (Print Text)



## NATIONAL SECURITY AND DEFENCE COUNCIL OF UKRAINE

## DECISION

**dated 11 May 2022**

**Implemented by**
Decree of the President of Ukraine
dated 11 May 2022 No. 326/2022

# On Enforcement of Russian Federation Property Rights and Residents in Ukraine

In the face of the Russian Federation's armed aggression against Ukraine and in the course of conducting appropriate combat actions for reasons, related to higher public interests, namely, for the purpose of mobilizing the financial resources of the state to ensure independence and national security of Ukraine, addressing the humanitarian crisis, caused by war, eliminating/minimizing other war-related consequences, including repairs, and to deny access to economic resources to the Russian Federation, that could potentially be used to support war, Pursuant to Article 3 of the Law of Ukraine "On the Basic Principles of Enforcement of Russian Federation Property Rights and Residents in Ukraine" the National Security and Defense Council of Ukraine **decided:**

1. To forcibly seize in Ukraine such objects of property of the Russian Federation and its residents:

а) corporate rights:

in the amount of 99.772644 percent of the property of the Public Joint Stock Company Joint Stock Commercial Industrial and Investment Bank (EDRPOU code 00039002, location: 01001, Kyiv, vul. Malopidvalna, 8) belonging to the State Development Corporation WEB.RF (location: Russian Federation, 107996, Moscow, prosp. Akademika Sakharova, 9, registration number 1077711000102);

in the amount of 100 percent of the property of Joint Stock Company International Reserve Bank (EDRPOU code - 25959784, location: 01601, Kyiv, vul. Volodymyrska, 46), belonging to the Public Joint Stock Company Sbierbank of Russia (location: Russian Federation, 117997, Moscow, vul. Vavilova, 19, registration number 1027700132195);

б) financial assets (in the form of debt claim rights) according to addendum:

State Corporation of Development WEB.RF to Public Joint Stock Company Joint Stock Commercial Industrial Investment Bank;

Public Joint Stock Company Sbierbank of Russia to Joint Stock Company International Reserve Bank;

Public Joint Stock Company Joint Stock Commercial Industrial Investment Bank, Joint Stock Company International Reserve Bank to legal entities;

в) financial assets (funds in accumulated and correspondent accounts, bonds of an internal state loan, deposit certificates issued by the National Bank of Ukraine, except indebtedness to Public Joint Stock Company Joint Stock Commercial Industrial Investment Bank and Joint Stock Company International Reserve Bank for the granted loans, not including obligations under loans (loans) received by legal entities according to the addendum):

Public Joint-Stock Company Joint-Stock Commercial Industrial Investment Bank;

Joint Stock Company International Reserve Bank, in addition to funds in the amount of UAH 3,000,000,000 (three billion) which will be directed to meet the requirements of the lenders of Joint Stock Company International Reserve Bank and to pay the bank's costs associated with the implementation of liquidation procedure, in particular all the expenses of the Deposit Guarantee Fund associated with the implementation of the bank's liquidation procedure (management of property(s), sale of property(s) and other costs).

2. The Cabinet of Ministers of Ukraine, the Deposit Guarantee Fund for Individuals with the participation of the National Bank of Ukraine, to ensure the enforcement seizure of the property rights specified in this decision of the Russian Federation and its residents within ten days from the date of publication of the Decree of the President of Ukraine on the implementation of this decision.

**Secretary of the National Security**
**and Defense Council of Ukraine**

**O. DANILOV**

Case 6:22-cv-00990-DNH-TWD   Document 35-9   Filed 12/30/22   Page 6 of 8
On Enforcement of Russian Federation Property Rights... | dated 11/05/2022 (Print Text)

Addendum to the Decision of the National
Security and Defense Council of Ukraine dated
11 May 2022 "On Enforcement of Objects of
Property Rights of the Russian Federation and its
Residents in Ukraine" implemented by Decree
No. 326/2022 of the President of Ukraine dated
11 May 2022

**FINANCIAL ASSETS,**
**in particular in the form of rights of debt demand to be transferred, as of 31 March 2022**

23/12/2022, 9:39 a.m.

Case 6:22-cv-00990-DNH-TWD   Document 35-9   Filed 12/30/22   Page 7 of 8
On Enforcement of Russian Federation Property Rights… | dated 17/05/2022 (Print Text)

# Documents and Files

 **Signal Document -**  f515929n22.pdf

# Document Publications

- **Voice of Ukraine** dated 19/05/2022 - No. 106
- **Government Courier** dated 19/05/2022 - No. 112
- **Official Gazette of the President of Ukraine** dated 20/06/2022 - 2022, No. 5, page 10, Article 128
- **Official Gazette of Ukraine** dated 24/06/2022 - 2022, No°. 49, page 108, Article 2731, Act code 111951/2022





**TRANSPERFECT**

STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATION

I, Jacqueline Yorke, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided Ukrainian into English translation(s) of the source document(s) listed below are true and accurate:

- 05_2022.05.11 Decision on forced seizure (UKR)

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

_____

Jacqueline Yorke, Project Manager

Sworn to before me this
Thursday, December 29, 2022

_____
Signature, Notary Public

WENDY POON
STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in
Queens County
01PO6356754
MY COMMISSION EXPIRES 04-03-2025

_____
Stamp, Notary Public