# **EXHIBIT 6**



## КАБІНЕТ МІНІСТРІВ УКРАЇНИ
## РОЗПОРЯДЖЕННЯ
### від 13 вересня 2022 р. № 815-р
### Київ

### Деякі питання проведення примусового вилучення в Україні об'єктів права власності Російської Федерації та її резидентів

1. Передати державному підприємству "Національний фонд інвестицій України" на праві господарського відання такі об'єкти права власності Російської Федерації та її резидентів, примусово вилучені в Україні відповідно до рішення Ради національної безпеки і оборони України від 11 травня 2022 р. "Про примусове вилучення в Україні об'єктів права власності Російської Федерації та її резидентів", введеного в дію Указом Президента України від 11 травня 2022 р. № 326:

1) корпоративні права:

у розмірі 5080310373 простих іменних акцій, що становлять 99,772644 відсотка статутного капіталу публічного акціонерного товариства "Акціонерний комерційний промислово-інвестиційний банк" (код згідно з ЄДРПОУ 00039002, місцезнаходження: 01001, м. Київ, вул. Малопідвальна, 8), що належать Державній корпорації розвитку "ВЕБ.РФ" (місцезнаходження: Російська Федерація, 107996, м. Москва, просп. Академіка Сахарова, 9, реєстраційний номер 1077711000102);

у розмірі 24065460500 простих іменних акцій, що становлять 100 відсотків статутного капіталу акціонерного товариства "Міжнародний Резервний банк" (код згідно з ЄДРПОУ 25959784, місцезнаходження: 01601, м. Київ, вул. Володимирська, 46), що належать публічному акціонерному товариству "Сбєрбанк Росії" (місцезнаходження: Російська Федерація, 117997, м. Москва, вул. Вавілова, 19, реєстраційний номер 1027700132195);

2) фінансові активи (у вигляді прав вимоги боргу) згідно з додатком:

Державної корпорації розвитку "ВЕБ.РФ" до публічного акціонерного товариства "Акціонерний комерційний промислово-інвестиційний банк";

публічного акціонерного товариства "Сбєрбанк Росії" до акціонерного товариства "Міжнародний Резервний банк";

3) фінансові активи (облігації внутрішньої державної позики) акціонерного товариства "Міжнародний Резервний банк".

2. Державному підприємству "Національний фонд інвестицій України" у тижневий строк забезпечити в обраній ним депозитарній установі на рахунку в цінних паперах держави облік прав за 5080310373 простими іменними акціями, що становлять 99,772644 відсотка статутного капіталу публічного акціонерного товариства "Акціонерний комерційний промислово-інвестиційний банк" (код згідно з ЄДРПОУ 00039002), та за 24065460500 простими іменними акціями, що становлять 100 відсотків статутного капіталу акціонерного товариства "Міжнародний Резервний банк" (код згідно з ЄДРПОУ 25959784), що належать державі та передані йому відповідно до пункту 1 цього розпорядження, з набуттям у цій депозитарній установі статусу керуючого рахунком у цінних паперах держави за такими цінними паперами.

3. Запропонувати Фонду гарантування вкладів фізичних осіб забезпечити:

1) перерахування суми залишку коштів на накопичувальному рахунку публічного акціонерного товариства "Акціонерний комерційний промислово-інвестиційний банк" (код згідно з ЄДРПОУ 00039002, місцезнаходження юридичної особи: 01001, м. Київ, вул. Малопідвальна, 8) у розмірі, зафіксованому станом на 00 год. 01 хв. 19 травня 2022 р., до спеціального фонду державного бюджету;

2) перерахування суми залишку коштів на накопичувальному рахунку акціонерного товариства "Міжнародний Резервний банк" (код згідно з ЄДРПОУ 25959784, місцезнаходження юридичної особи: 01601, м. Київ, вул. Володимирська, 46) у розмірі, зафіксованому станом на 00 год. 01 хв. 19 травня 2022 р. (крім коштів у сумі 3000000000 (три мільярди) гривень, які спрямовуються на задоволення вимог кредиторів акціонерного товариства "Міжнародний Резервний банк" і здійснення оплати витрат банку, пов'язаних із здійсненням процедури ліквідації, зокрема всіх витрат Фонду гарантування вкладів фізичних осіб, пов'язаних із здійсненням ліквідаційної процедури банку (управлінням майном (активами), продажем майна (активів) та іншими витратами), до спеціального фонду державного бюджету;

3) організацію необхідних заходів щодо перерахування залишків коштів із кореспондентських рахунків інших банків на накопичувальні рахунки публічного акціонерного товариства "Акціонерний комерційний промислово-інвестиційний банк" (код згідно з ЄДРПОУ 00039002, місцезнаходження юридичної особи: 01001, м. Київ, вул. Малопідвальна, 8) та акціонерного товариства "Міжнародний Резервний банк" (код згідно з ЄДРПОУ 25959784, місцезнаходження юридичної особи: 01601, м. Київ, вул. Володимирська, 46) із наступним їх перерахуванням протягом трьох банківських днів з дати надходження до спеціального фонду державного бюджету;

4) передачу акціонерним товариством "Міжнародний Резервний банк" облігацій внутрішньої державної позики державному підприємству "Національний фонд інвестицій України" і перерахування купонного платежу (відсотків) згідно з умовами випуску облігацій та їх номінальної вартості внаслідок погашення облігацій внутрішньої державної позики на користь зазначеного банку до спеціального фонду державного бюджету;

5) внесення змін до реєстрів акцептованих вимог кредиторів публічного акціонерного товариства "Акціонерний комерційний промислово-інвестиційний банк" та акціонерного товариства "Міжнародний Резервний банк" у зв'язку з передачею державному підприємству "Національний фонд інвестицій України" примусово вилучених прав вимоги боргу публічного акціонерного товариства "Сбєрбанк Росії" до акціонерного товариства "Міжнародний Резервний банк" і прав вимоги боргу Державної корпорації розвитку "ВЕБ.РФ" до публічного акціонерного товариства "Акціонерний комерційний промислово-інвестиційний банк".

4. Державному підприємству "Національний фонд інвестицій України" забезпечити:

1) відкриття небюджетних рахунків у державному банку для забезпечення обслуговування цінних паперів, зазначених у пункті 3 цього розпорядження;

2) підписання документів за наслідками виконання пункту 3 цього розпорядження.

5. Державному підприємству "Національний фонд інвестицій України" разом із Фондом гарантування вкладів фізичних осіб виконати всі необхідні дії для списання з рахунків депонентів (акціонерного товариства "Міжнародний Резервний банк"), відкритих в депозитарній установі - товаристві з обмеженою відповідальністю "Інвестиційний капітал Україна", на рахунок у цінних паперах емітента (Міністерства фінансів) в Національному банку як депозитарії державних цінних паперів:

облігацій внутрішньої державної позики для їх подальшого погашення та анулювання, що примусово вилучені відповідно до рішення Ради національної безпеки і оборони України від 11 травня 2022 р., введеного в дію Указом Президента України від 11 травня 2022 р. № 326, та перебувають в обігу, а саме облігацій внутрішньої державної позики (міжнародні ідентифікаційні коди UA4000219778, UA4000199210, UA4000216774, UA4000221568, UA4000200885, UA4000173371, UA4000213227, UA4000206460), які належать акціонерному товариству "Міжнародний Резервний банк";

коштів, виплачених за облігаціями внутрішньої державної позики, зазначеними в абзаці другому цього пункту, строк погашення яких настав (міжнародні ідентифікаційні коди UA4000215156, UA4000214506, UA4000218325);

нарахованого та виплаченого купона за облігаціями внутрішньої державної позики, зазначеними в абзаці другому та третьому цього пункту.

Рекомендувати Національному банку виконати всі необхідні дії для зарахування цінних паперів, що примусово вилучені відповідно до рішення Ради національної безпеки і оборони України від 11 травня 2022 р., введеного в дію Указом Президента України від 11 травня 2022 р. № 326, на відповідні рахунки емітента (Міністерства фінансів) та їх подальшого анулювання на підставі відповідних розпоряджень емітента.

Міністерству фінансів виконати всі необхідні дії та надати всі необхідні розпорядження щодо зарахування облігацій внутрішньої державної позики, що примусово вилучені відповідно до рішення Ради національної безпеки і оборони України від 11 травня 2022 р., введеного в дію Указом Президента України від 11 травня 2022 р. № 326, на відповідні рахунки емітента (Міністерства фінансів) в Національному банку як депозитарії державних цінних паперів та погашення зобов'язань за цими облігаціями шляхом їх анулювання та відповідного зменшення державного боргу.

6. Державному підприємству "Національний фонд інвестицій України" та Фонду гарантування вкладів фізичних осіб поінформувати Міністерство економіки про результати виконання пунктів 2-4 цього розпорядження у тижневий строк після їх виконання з наданням копій підтвердних документів.

7. Міністерству економіки після отримання від державного підприємства "Національний фонд інвестицій України" та Фонду гарантування вкладів фізичних осіб інформації про виконання пунктів 2-4 цього розпорядження подати Кабінетові Міністрів України пропозиції щодо шляхів подальшого використання об'єктів, зазначених у пункті 1 цього розпорядження, зокрема щодо визначення уповноважених органів управління зазначеними об'єктами.

8. Це розпорядження набирає чинності з моменту його прийняття, крім підпунктів 1-4 пункту 3, які набирають чинності після внесення відповідних змін до Законів України "Про Державний бюджет України на 2022 рік" та "Про основні засади примусового вилучення в Україні об'єктів права власності Російської Федерації та її резидентів".

| Прем'єр-міністр України | Д. ШМИГАЛЬ |
|---|---|

Інд. 70

Додаток<br>
до розпорядження Кабінету Міністрів України<br>
від 13 вересня 2022 р. № 815-р

# ФІНАНСОВІ АКТИВИ
## (у вигляді прав вимоги боргу), що підлягають передачі, станом на 31 березня 2022 р.

Право вимоги публічного акціонерного товариства "Сбєрбанк Росії" до акціонерного товариства "Міжнародний Резервний банк", що підлягає передачі, станом на 31 березня 2022 р.

| Найменування кредитора за зобов'язанням | Сума кредиторських вимог, еквівалент, гривень |
|---|---|
| Публічне акціонерне товариство "Сбєрбанк Росії" | 14 889 686 634,12 |

Право вимоги Державної корпорації розвитку "ВЕБ.РФ" до публічного акціонерного товариства "Акціонерний комерційний промислово-інвестиційний банк", що підлягає передачі, станом на 31 березня 2022 р.

| Найменування кредитора за зобов'язанням | Сума кредиторських вимог, еквівалент, гривень |
|---|---|
| Державна корпорація розвитку "ВЕБ.РФ" | 934 874 265,36 |

# Публікації документа

- **Урядовий кур'єр** від 20.09.2022 — № 202
- **Офіційний вісник України** від 30.09.2022 — 2022 р., № 76, стор. 385, стаття 4587, код акта 113779/2022



23/12/2022, 9:41 a.m.     Some issues of enforcement seizure in Ukraine of property rights... | dated 13/09/2022 No. 815-r (Printing Text)

Case 6:22-cv-00990-DNH-TWD   Document 35-10   Filed 12/30/22   Page 6 of 10



# CABINET OF MINISTERS OF UKRAINE
# ORDER

### dated 13 September 2022 No. 815-r
### Kyiv

## Some issues of enforcement seizure in Ukraine of property rights of the Russian Federation and its residents

1. Serving the State Enterprise National Fund of Investment of Ukraine on the right of economic management such objects of property right of the Russian Federation and its residents, forced seized in Ukraine pursuant to the decision of the National Security and Defense Council of Ukraine dated 11 May 2022. "On Enforcement of Russian Federation Property Rights and Residents in Ukraine" implemented by Decree of the President of Ukraine dated 11 May 2022. No. 326:

1) corporate rights:

in the amount of 5,080,310,373 ordinary registered shares comprising 99.772644 percent of the authorized capital of the Public Joint Stock Company JSC Commercial Industrial Investment Bank (EDRPOU code 00039002, location: 01001 Kyiv, vul. Malopidvalna, 8) owned by the State Development Corporation WEB.RF (location: 107996 Russian Federation, Moscow, prosp. Akademika Saharova, 9, registration number 1077711000102);

in the amount of 24,065,460,500 ordinary registered shares, comprising 100 percent of the authorized capital of the Joint Stock Company International Reserve Bank (EDRPOU code 25959784, location: 01601 Kyiv, vul. Volodymyrska, 46), owned by the Public Joint Stock Company Sbierbank of Russia (location: Russian Federation, 117997, vul. Vavilova, 19, Moscow, registration number 1027700132195);

2) financial assets (in the form of debt claim rights) according to addendum:

State Corporation of Development WEB.RF to Public Joint Stock Company Joint Stock Commercial Industrial Investment Bank;

Public Joint Stock Company Sbierbank of Russia to Joint Stock Company International Reserve Bank;

3) financial assets (bonds of an internal state loan) of Joint Stock Company International Reserve Bank.

2. State Enterprise National Fund of Investment of Ukraine shall ensure, within a weekly period, that the depository institution selected by it in the state's securities account shall account for the rights for 5,080,310,373 simple registered shares, of 99.772644 percent of the authorized capital of Public Joint Stock Company Joint Stock Commercial Industrial Investment Bank (EDRPOU code 00039002), and for 24,065,460,500 simple registered shares, representing 100 percent of the authorized capital of the joint-stock company International Reserve Bank (EDRPOU code 25959784), that are owned by and transferred to the State pursuant to paragraph 1 of this Order, with the acquisition by this depository institution of the status of a management account in securities of the state with such securities.

3. Offer the Deposit Guarantee Fund to ensure:

1) Transfer of the amount of funds balance on the accumulation account of Public Joint Stock Company Joint Stock Commercial Industrial and Investment Bank (EDRPOU code 00039002, legal entity location: 01001, Kyiv, vul. Malopidvalna, 8) in the amount recorded as of 00 hours. 01 min. on 19 May 2022, to the special fund of the state budget;

2) Transfer of the amount of the balance of funds on the accumulation account of Joint Stock Company International Reserve Bank (EDRPOU code 25959784, location of the legal entity: 01601, Kyiv, vul. Volodymyrska, 46) of captured at 00 h 01 min. on 19 May 2022 (except for funds in the amount of UAH 3,000,000,000 (three billion), which are directed to meet the requirements of the Joint Stock Company International Reserve Bank creditors and to pay the bank's expenses, related to the liquidation procedure, including all costs of the Deposit Guarantee Fund, related to the bank's liquidation procedure (deposit management (an asset), sale of property(s) and other expenses), to a special fund of state budget;

3) Arranging the necessary measures to transfer the balances of funds from correspondent accounts of other banks to cumulative accounts of Public Joint Stock Company Joint Stock Commercial Industrial Investment Bank (EDRPOU code 00039002, location of the legal entity: 01001, Kyiv, vul. Malopidvalna, 8) and Joint Stock Company International Reserve Bank (EDRPOU code 25959784, location of the legal entity: 01601, Kyiv, vul. Volodymyrska, 46) followed by their transfer within three banking days from the date of receipt to the special fund of the state budget;

23/12/2022, 9:41 a.m. Some issues of enforcement seizure in Ukraine of property rights... | dated 13/09/2022 No. 815-r (Printing Text)

Case 6:22-cv-00990-DNH-TWD   Document 35-10   Filed 12/30/22   Page 7 of 10

4) Transfer of the bonds of the internal state loan by the Joint Stock Company International Reserve Bank to the State Enterprise National Investment Fund of Ukraine and transfer of the coupon payment (percent) according to the terms of issue of bonds and their nominal value due to bonds of the internal state loan in favor of the said bank to the special fund of the state budget;

5) Making changes to the registers of accepted claims of creditors of Public Joint Stock Company Joint Stock Commercial Industrial and Investment Bank and Joint Stock Company International Reserve Bank in connection with the transfer of the State Enterprise National Investment Fund of Ukraine to the seized rights of debt demand of Public Joint Stock Company Sbierbank of Russia to Joint Stock company International Reserve Bank and rights of debt demand of the State Corporation WEB.RF to Public Joint-Stock Company Joint Stock Commercial Industrial Investment Bank.

4. State Enterprise National Investment Fund of Ukraine to ensure:

1) Opening of non-budget accounts with a public bank in order to ensure servicing of the securities specified in paragraph 3 of this Order;

2) Signing of documents based on the consequences of fulfilling paragraph 3 of this Order.

5. State Enterprise National Investment Fund of Ukraine, together with the Deposit Guarantee Fund for Individuals, take all necessary actions to debit the accounts of depositors (of the Joint Stock Company International Reserve Bank), opened in a depository institution - Limited Liability Company Investment capital Ukraine, into the account in the issuer's securities (Ministry of Finance) with the National Bank as depository of state securities:

Bonds of an internal state loan for their further repayment and annulment, that was enforced in accordance with the decision of the National Security and Defense Council of Ukraine dated 11 May 2022, the Decree of the President of Ukraine No. 326 dated 11 May 2022 and are in circulation, namely bonds of an internal state loan (international identification codes UA4000219778, UA4000199210, UA4000216774, UA4000221568, UA4000200885, UA4000173371, UA4000213227, UA4000206460), owned by the Joint Stock Company International Reserve Bank;

The funds paid on the bonds of the internal state loan specified in the paragraph two of this paragraph, the maturity date of which has come (international identification codes UA4000215156, UA4000214506, UA4000218325);

An accrued and paid coupon under the bonds of an internal state loan, specified in paragraph two and third of this paragraph.

Recommend that the National Bank take all necessary actions to credit securities that are enforced according to the decision of the National Security and Defense Council of Ukraine dated 11 May 2022, adopted by Decree No. 326 of the President of Ukraine dated 11 May 2022, to the respective accounts of the issuer (Ministry of Finance) and revocation thereof on the basis of the relevant orders of the issuer.

The Ministry of Finance shall perform all necessary actions and issue all necessary orders to credit the domestic government bonds forcibly withdrawn in accordance with the decision of the National Security and Defense Council of Ukraine dated 11 May 2022, enacted by the Decree of the President of Ukraine dated 11 May 2022 No. 326, to the relevant accounts of the issuer (the Ministry of Finance) in the National Bank as a depositary of government securities and repay the obligations under these bonds by cancelling them and reducing the public debt accordingly.

6. The State Enterprise National Investment Fund of Ukraine and the Deposit Guarantee Fund shall inform the Ministry of Economy on the results of the implementation of paragraphs 2-4 of this decree within a week after their implementation with copies of supporting documents.

7. The Ministry of Economy after receiving from the State Enterprise National Investment Fund of Ukraine and the Deposit Guarantee Fund for Individuals information on the implementation of paragraphs 2-4 of this order to submit to the Cabinet of Ministers of Ukraine proposals on ways of further use of the objects specified in paragraph 1 of this order, in particular on the definition of authorized management bodies of these objects.

8. This Order shall come into force from the moment of its adoption, in addition to sub-paragraphs 1 to 4 of paragraph 3, which shall enter into force after making the relevant changes to the Laws of Ukraine "On the State Budget of Ukraine for 2022" and "On the Basic Principles of Enforcement of Russian Federation Property Rights and Residents in Ukraine".

**Prime Minister of Ukraine**                                                                                                              **D. SCHMYGAL**

**ID 70**

Addendum:
to the order of the Cabinet of Ministers of Ukraine
dated 13 September 2022 No. 815-r

# FINANCIAL ASSETS
## (in the form of debt claim rights) to be transferred, as of 31 March 2022.

Right of claim of Public Joint-Stock Company Sbierbank of Russia against Joint Stock Company International Reserve Bank subject to transfer, as of 31 March 2022

| Name of the creditor on the obligation | Amount of credit requirements, equivalent, UAH |
|---|---|
| Public Joint Stock Company Sbierbank of Russia | 14,889,686,634.12 |

Right of claim of the State Corporation of Development WEB.RF against Public Joint Stock Company Joint Stock Commercial Industrial Investment Bank, subject to transfer, as of 31 March 2022

| Name of the creditor on the obligation | Amount of credit requirements, equivalent, UAH |
|---|---|
| Government Development Corporation WEB RF | 934,874,265.36 |

Case 6:22-cv-00990-DNH-TWD   Document 35-10   Filed 12/30/22   Page 9 of 10

# Document Publications

- **Government Courier** dated 20/09/2022 - No. 202
- **Official Gazette of Ukraine** dated 30/09/2022 - 2022, No. 76, page 385, Article 4587, Act code 113779/2022





STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATION

I, Jacqueline Yorke, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided Ukrainian into English translation(s) of the source document(s) listed below are true and accurate:

- 06_2022.09.13 Cabinet of Ministers of Ukraine Order (UKR)

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

_____
Jacqueline Yorke, Project Manager

Sworn to before me this
Thursday, December 29, 2022

_____
Signature, Notary Public

[Notary Stamp: WENDY POON, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in Queens County, 01PO6356754, MY COMMISSION EXPIRES 04-03-2025]

_____
Stamp, Notary Public