# **EXHIBIT 7**



TODAY'S NEWS <
HTTPS://UBN.NEWS/>

ARCHIVE <
HTTPS://UBN.NEWS/ARCHIVE/>

SUBSCRIBE <
HTTPS://UBN.NE

<
https://ubn.news/>

Economy < https://ubn.news/category/economy/>    Finance < https://ubn.news/category/finance/>    Investme

ADVANCED SEARCH< HTTPS://UBN.NEWS/ADVANCED-SEARCH/>

<
https://ubn.news/>

Economy < https://ubn.news/category/economy/>    Finance < https://ubn.news/category/finance/>    Investments <



**Friday,
May 13,
2022**

Economy <
https://ubr

Ukraine

# Follow us

84k <
https://t.me/ukrainebusinessnew

Subscribe for
daily news
directly to your
inbox.

First name

Email

Newsletter language *

☐  I agree to the **Privacy Policy** and **Terms of**

SUBSCRIBE

**nationalizes "daughters" of Sberbank and Prominvestbank.** The
National Security and Defense Council has decided to nationalize
the corporate rights of the Ukrainian "daughters" of the Russian
Sberbank and Prominvestbank, given ten days after the entry into
force of Zelenskyy's decree. Thus, these are the International
Reserve Bank entities that are registered in Ukraine. Also, IR Bank's
100% capital belongs to the Russian Sberbank and Prominvestbank,
where 99.8% of shares belong to the Russian state company, ВЕБ. РФ
or Vnesheconombank. In addition to corporate rights, Ukraine will
forcibly withdraw financial assets, that is, the right to claim debt,
from ВЕБ. РФ to Prominvestbank, and Sberbank to MR Bank, and
both "daughters" of Russian banks to legal entities. Financial assets
in the form of savings funds and correspondent accounts, IGLBs,
and NBU certificates will also be withdrawn.

#prominvestbank     #russianassets     #sberbank
#sberbanknationalization

**Previous post** [< https://ubn.news/it-will-cost-the-eu-e195b-to-become-independent-from-russian-energy/>](https://ubn.news/it-will-cost-the-eu-e195b-to-become-independent-from-russian-energy/)

Economy < https://ubn.news/category/economy/>
Energy < https://ubn.news/category/energy/>

Friday, May 13



[< https://ubn.news/it-will-cost-the-eu-e195b-to-become-independent-from-russian-energy/>](https://ubn.news/it-will-cost-the-eu-e195b-to-become-independent-from-russian-energy/)

It will cost the EU €195B to become independent from Russian energy, < https://ubn.news/it-will-cost-the-eu-e195b-to-become-independent-from-russian-energy/>

#prominvestbank    #russianassets    #sberbank    #sberbanknationalization

**Next post**    Economy < https://ubn.news/category/economy/>
Finance < https://ubn.news/category/finance/>

Friday, May 13

[< https://ubn.news/the-president-of-the-eib-has-supported-a-multi-trillion-plan-to-rebuild-ukraine/>](https://ubn.news/the-president-of-the-eib-has-supported-a-multi-trillion-plan-to-rebuild-ukraine/)

The President of the EIB has supported a multi-trillion plan to rebuild Ukraine. < https://ubn.news/the-president-of-the-eib-has-supported-a-multi-trillion-plan-to-rebuild-ukraine/>

#prominvestbank    #russianassets    #sberbank    #sberbanknationalization

# Previous Main Topics



[< https://ubn.news/us-president-joe-biden-welcomed-ukrainian-president-volodymyr-zelensky-to-the-white-house/>](https://ubn.news/us-president-joe-biden-welcomed-ukrainian-president-volodymyr-zelensky-to-the-white-house/)

[< https://ubn.news/president-zelenskyy-visits-the-most-contested-front-line-in-bakhmut/>](https://ubn.news/president-zelenskyy-visits-the-most-contested-front-line-in-bakhmut/)

Wednesday, December 21

[< https://ubn.news/putin-visits-lukashenko-to-discuss-military-drills-and-the-supply-of-weapons/>](https://ubn.news/putin-visits-lukashenko-to-discuss-military-drills-and-the-supply-of-weapons/)

Tuesday, December 20

[< https://ubn.news/during-the-last-massive-attack-friday-russia-used-every-type-of-weapon-except-for-drones/>](https://ubn.news/during-the-last-massive-attack-friday-russia-used-every-type-of-weapon-except-for-drones/)

Monday, December 19

**Thursday, December 22**

**US President Joe Biden welcomed Ukrainian President**

**President Zelenskyy visits the most contested front line in Bakhmut.** Ukrainian

**Putin visits Lukashenko to discuss military drills and the supply of**

**During the last massive attack Friday, Russia used every type of weapon**

**<** **< https://ubn.news/>**

**< https://www.facebook.com/UkraineBusinessNews/>**

**< https://t.me/ukrainebusinessnews>**

Today's news < https://ubn.news/ru/>

About us < https://ubn.news/about-us/>

Archive < https://ubn.news/archive/>

**PRIVACY POLICY < HTTPS://UBN.NEWS/PRIVACY-POLICY/>**

**COOKIE POLICY < HTTPS://UBN.NEWS/COOKIE-POLICY/>**

**TERMS OF USE < HTTPS://UBN.NEWS/TERMS-OF-USE/>**

Didn't find the information you need?

Advanced search    < https://ubn.news/advanced-search/>

Did you like the material?

Subscribe on news

Do you want to contact us?

EDITOR@UBN.NEWS

Ukraine Media Group LLC 2022

Language:   English