# **<u>EXHIBIT 8</u>**





**КОПІЯ**

Акціонерне товариство "Державний експортно - імпортний банк України"
Код ЄДРПОУ 00032112. Місцезнаходження: 03150,   м. Київ, вул. Антоновича буд. 127. Тел. (044) 247-80-79, факс (044) 247-80-82.
Ліцензія Національної комісії з цінних паперів та фондового ринку на провадження депозитарної діяльності депозитарної установи серія АЕ №286514 від 08.10.2013, термін дії необмежений.

Вих. № 4530
Дата 1 5 ГРУ 2022

## ВИПИСКА ПРО СТАН РАХУНКУ В ЦІННИХ ПАПЕРАХ НА 15.12.2022

Дата та час складання виписки: 15.12.2022 17:52:10

**Депонент:**

| Депозитарний код рахунку в цінних паперах<br>**300178-UA50999901**<br>Найменування / прізвище, ім'я, по батькові<br>**Держава Україна**<br>Керуючий рахунком<br>**Державне підприємство «Національний фонд інвестицій України»** | Код за ЄДРПОУ/ ЄДРІСІ ПІФ (для КУА)/ реєстраційний номер облікової картки платника податків (для фіз.особи)/ номер реєстрації юр.особи в країні її місцезнаходження (для юр. особи - нерезидента)<br><br>**44304209** | Назва, серія, номер, дата видачі документа, що посвідчує фізичну особу, та найменування органу, що видав документ (для фізичної особи) |

### Портфель ЦП Депонента

| № | Код ЦП (ISIN) | Найменування емітента ЦП | Код за ЄДРПОУ емітента ЦП | Вид, тип, форма випуску ЦП, серія випуску (за наявності) | Балансовий рахунок, відомості про обмеження | Кількість ЦП, шт | Номінальна вартість одного ЦП | Загальна номінальна вартість ЦП | % статутного капіталу |
|---|---|---|---|---|---|---|---|---|---|
| 1 | UA4000136329 | ПАТ "Промінвестбанк" | 00039002 | Акція проста бездокументарна іменна | 410000 не обтяжені зобов'язаннями | 5080310373 | 10,00 UAH | 50 803 103 730,00 UAH | 99,772645 |

Начальник відділу депозитарної діяльності Департаменту казначейсько - інвестиційних послуг



Фень Ірина Миколаївна



1 из 1

Київ, Україна.
«22» грудня 20 22 року я, Біловар І.О.,
приватний нотаріус Київського міського нотаріального округу,
засвідчую вірність цієї копії з оригіналу документа; в останньому
підчисток, дописок, закреслених слів, незастережених виправлень
або інших особливостей не виявлено.

Зареєстровано в реєстрі за № _____4558_____

Приватний нотаріус _____



Київ, Україна.
«22» грудня 20 22 року я, Біловар І.О.,
приватний нотаріус Київського міського нотаріального округу,
засвідчую вірність цієї копії з оригіналу документа; в останньому
підчисток, дописок, закреслених слів, незастережених виправлень
або інших особливостей не виявлено.



| Apostille <br> Апостиль <br> (Convention de La Haye du 5 octobre 1961 <br> Гаазька Конвенція від 5 жовтня 1961 року) | | | |
|---|---|---|---|
| 1. Країна: | Україна | | |
| Цей офіційний документ | | | |
| 2. підписаний | Біловар І.О. | | |
| 3. у якості | приватного нотаріуса | | |
| 4. містить проставлену печатку / штамп | приватного нотаріуса Київського міського нотаріального округу | | |
| Підтверджено | | | |
| 5. в | м. Києві | 6. дата | 22.12.2022 |
| 7. ким | Начальник відділу Міністерства юстиції України Даценко Д.А. | | |
| 8. за № | 3261255 | | |
| 9. Печатка / штамп | | 10. Підпис | |
| Проставлено електронно-цифровий підпис (печатку) Міністерства юстиції України | | | |

Проставлено електронно-цифровий підпис (печатку) Міністерства юстиції України.
Проставлено електронно-цифровий підпис посадової особи Міністерства юстиції України
та містить візуальне зображення зразка підпису цієї особи.

Для перевірки видачі апостилю, див. www.apostille.minjust.gov.ua

Electronically and digitally signed (stamped) by the Ministry of Justice of Ukraine.
Electronically and digitally signed by the official of the Ministry of Justice of Ukraine and
accompanied by the image of his/her signature

To verify the issuance of this Apostille, see www.apostille.minjust.gov.ua

Signé (timbré) en version numérique et digitale par le Ministère de la Justice de l'Ukraine.
Signé en version numérique et digitale par le fonctionnaire du Ministère de la Justice de l'Ukraine
et accompagné de l'image de sa signature.

Cette Apostille peut être vérifiée à l'adresse suivante: www.apostille.minjust.gov.ua





*Переклад англійською мовою з української мови*

[stamp: COPY]



**Stock Company "State Export-Import Bank of Ukraine"**
USREOU code 00032112. Legal Seal: 127, Antonovycha Street, 03150 Kyiv.
Tel.: (044) 247-80-79, Fax (044) 247-80-82.
The License of the National Commission of Securities and Stock Market to carry
on the custody business of the Depositary Series AE No.286514 dd. 08.10.2013,
term of validity is not limited.

Our Ref. No. 4530
Date: December 15, 2022

## SECURITY ACCOUNT STATEMENT
### as on 15.12.2022

Date and time of this Statement generation: 15.12.2022 at 17:52:10

**Depositor:**

| Depositary code of Security Account **300178-UA50999901** Title / full name **The State of Ukraine** Account Manager **The State Enterprise "National Investment Fund of Ukraine"** | USREOU code/USRCII (for Asset Management Companies) / Taxpayer ID Number (for individuals) / Registration number of Legal Entity in the host country (for Legal Entities-Non-residents) **44304209** |
|---|---|

### The Depositor's securities portfolio

| No. | Securities code (ISIN) | Name of Securities Issuer | Reg. No. of Securities Issuer | Securities kind, type, form of issue, series of issue (if any) | Balance account, restrictions (if any) | Securities number, pc. | Nominal value of one security | Securities total nominal value | % of the Authorized capital |
|---|---|---|---|---|---|---|---|---|---|
| 1 | UA4000136329 | Prominvestbank PJSC | 00039002 | Ordinary uncertified registered share | 410000 not charged | 5080310373 | 10,00 UAH | 50 803 103 730.00 UAH | 99.772645 |

The Director of the Custody Business Department      [signed in ink]      Fen Iryna Mykolaivna
Treasury – Investment Services Department

*[impression of the official round-shaped seal: Custody Business Department of the Treasury – Investment Services Department * Reg. No. 00032112 * Stock Company "State Export-Import Bank of Ukraine" * Kyiv * Ukraine]*

Kyiv, Ukraine,

On this day the 22nd of December, 2022, I, I.O. Bilovar, acting in my capacity as the Notary of Private Practice for Kyiv City Notarial District, do hereby certify that the foregoing instrument is a true copy of the original and that the same does not contain any corrections, additions, deletions, modifications or any other inconsistencies.

Registered in the Register under No.4558

Notary of Private Practice   *[signature]*   I.O. Bilovar

*[impression of the round official seal: National Coat of Arms of Ukraine – in the center; Kyiv City Notarial District, Notary of Private Practice, Bilovar Iryna Oleksandrivna – in circumference]*

*[impression of the round-shaped official seal: National Coat of Arms of Ukraine – in the center; for Apostille purposes, Ministry of Justice of Ukraine, No.6233 - around]*

**Apostille**
**(Convention de La Haye du 5 octobre 1961)**

1. Country:                          Ukraine
                                      This public document
2. hase been signed by:              I.O. Bilovar
3. acting in the capacity of:        Notary of Private Practice
4. bears the seal/stamp of:          Notary of Private Practice for Kyiv City Notarial District
                                      Certified
5. at          Kyiv              6. the              22.12.2022
7. by:         D.A. Datsenko, the Department Head of the Ministry of Justice of Ukraine
8. Number:     3261255
9. Seal/stamp:                                  10. Signature
Electronically and digitally signed (stamped) by
        the Ministry of Justice of Ukraine                  *[signature]*

*[impression of the round-shaped official seal:*
*National Coat of Arms of Ukraine – in the center;*
*for Apostille purposes, Ministry of Justice of*
*Ukraine, No.6233 - around]*

Electronically and digitally signed (stamped) by the Ministry of Justice of Ukraine.
Electronically and digitally signed by the official of the Ministry of Justice of Ukraine
and accompanied by the image of his/her signature
To verify the issuance of this Apostille, see www.apostille.minjust.gov.ua

Total numbered, bound and sealed 2 (two) pages

*[signature]*
*[impression of round-shaped seal: The National Coat of Arms of Ukraine, Notary of Private Practice, Bilovar Iryna Oleksandrivna, Kyiv City Notarial District]*
*[impression of the round-shaped official seal: National Coat of Arms of Ukraine – in the center; for Apostille purposes, Ministry of Justice of Ukraine, No.6233 - around]*

Переклад тексту цього документу з української мови англійською мовою
здійснено дипломованим перекладачем Габелко Оленою Юріївною

Підпис перекладача _____

**Місто**

Київ, Україна.

**Двадцять третього грудня дві тисячі двадцять другого року**.

Я, **Біловар І.О.,** приватний нотаріус Київського міського нотаріального округу, засвідчую справжність підпису перекладача **Габелко Олени Юріївни**, який зроблено у моїй присутності.

Особу перекладача встановлено, його дієздатність та кваліфікацію перевірено.

Зареєстровано в реєстрі за № _____4609_____

**Приватний нотаріус**                                                              **І.О. БІЛОВАР**



| **Apostille** |||
| **Апостиль** |||
| **(Convention de La Haye du 5 octobre 1961** |||
| **Гаазька Конвенція від 5 жовтня 1961 року)** |||
| 1. Країна: | Україна ||
| Цей офіційний документ |||
| 2. підписаний | Біловар І.О. ||
| 3. у якості | приватного нотаріуса ||
| 4. містить проставлену печатку / штамп | приватного нотаріуса Київського міського нотаріального округу ||
| Підтверджено |||
| 5. в | м. Києві | 6. дата | 26.12.2022 |
| 7. ким | головним спеціалістом Міністерства юстиції України Мельничук В.В. ||
| 8. за № | 3264468 ||
| 9. Печатка / штамп || 10. Підпис |
| Проставлено електронно-цифровий підпис (печатку) Міністерства юстиції України || |

Проставлено електронно-цифровий підпис (печатку) Міністерства юстиції України.
Проставлено електронно-цифровий підпис посадової особи Міністерства юстиції України та містить візуальне зображення зразка підпису цієї особи.

Для перевірки видачі апостилю, див. www.apostille.minjust.gov.ua

Electronically and digitally signed (stamped) by the Ministry of Justice of Ukraine.
Electronically and digitally signed by the official of the Ministry of Justice of Ukraine and accompanied by the image of his/her signature

To verify the issuance of this Apostille, see www.apostille.minjust.gov.ua

Signé (timbré) en version numérique et digitale par le Ministère de la Justice de l'Ukraine.
Signé en version numérique et digitale par le fonctionnaire du Ministère de la Justice de l'Ukraine et accompagné de l'image de sa signature.

Cette Apostille peut être vérifiée à l'adresse suivante: www.apostille.minjust.gov.ua



Приватний нотаріус Київського міського нотаріального округу
Біловар Ірина Олександрівна

Всього прошито,
пронумеровано і
скріплено печаткою

_____ аркушів

_____ підпис

Міністерство юстиції України
Для проставлення апостиля
№ 6233