# **<u>EXHIBIT 9</u>**



**ВИТЯГ**
з Єдиного державного реєстру юридичних осіб, фізичних
осіб-підприємців та громадських формувань

Відповідно до статті 11 Закону України "Про державну реєстрацію юридичних осіб, фізичних осіб-підприємців та громадських формувань" на запит: **Караченцев Артем Юрійович** від **20.12.2022 за кодом 573829516595** станом на **20.12.2022 16:40:32** відповідно до наступних критеріїв пошуку:

*Реєстраційний номер справи:* 107401304881

*Найменування юридичної особи:* "АКЦІОНЕРНИЙ КОМЕРЦІЙНИЙ ПРОМИСЛОВО-ІНВЕСТИЦІЙНИЙ БАНК"

*Точний пошук за назвою:* Так

*Код ЄДРПОУ юридичної особи:* 00039002

*До документу внести:*
Відомості про центральний чи місцевий орган виконавчої влади, до сфери управління якого належить юридична особа публічного права або який здійснює функції з управління корпоративними правами держави у відповідній юридичній особі

Мета діяльності громадського формування

Перелік засновників (учасників) юридичної особи

Інформація про кінцевого бенефіціарного власника (контролера) юридичної особи, у тому числі кінцевого бенефіціарного власника (контролера) її засновника, якщо засновник – юридична особа, або інформація про відсутність кінцевого бенефіціарного власника (контролера) юридичної особи, у тому числі кінцевого бенефіціарного власника (контролера) її засновника

Місцезнаходження юридичної особи

Види діяльності

Назви органів управління юридичної особи

Відомості про керівника юридичної особи, а також про інших осіб, які можуть вчиняти дії від імені юридичної особи, у тому числі підписувати договори, тощо

Відомості про членів керівних органів

Розмір статутного (складеного) капіталу (пайового фонду) та розмір частки кожного із засновників (учасників)

Вид установчого документа

Дані про розпорядчий акт, на підставі якого створено юридичну особу (крім місцевих рад та їхніх виконавчих комітетів)

Відомості про установчий документ, на підставі якого діє громадське формування, – у разі створення юридичної особи на підставі установч документа іншого громадського формування

Інформація для здійснення зв'язку з юридичною особою

Дата та номер запису в Єдиному державному реєстрі

Дані про відокремлені підрозділи юридичної особи

Дата легалізації (реєстрації) та реєстраційний номер у паперовому Реєстрі політичних партій, Реєстрі об'єднань громадян, Реєстрі твор спілок – для громадських формувань, легалізованих (зареєстрованих) набрання чинності Законом України «Про державну реєстрацію юридични осіб, фізичних осіб – підприємців та громадських формувань»

Дані про перебування юридичної особи у процесі припинення, у тому числі дані про рішення щодо припинення юридичної особи, відомості п комісію з припинення (ліквідатора, ліквідаційну комісію тощо) та пр строк, визначений засновниками (учасниками) юридичної особи, судом або органом, що прийняв рішення про припинення юридичної особи, для заявлення кредиторами своїх вимог

Дані про скасування рішення засновників (учасників) або уповноважен ними органу щодо припинення юридичної особи

Дані про перебування юридичної особи у процесі провадження у справі про банкрутство, санації, у тому числі відомості про розпорядника майна, керуючого санацією

Дані про юридичних осіб, правонаступником яких є зареєстрована юридична особа

Дані про юридичних осіб – правонаступників

Відомості про заборону діяльності громадського формування

Місце зберігання реєстраційної справи в паперовій формі

Відомості, отримані в порядку інформаційної взаємодії між Єдиним державним реєстром та інформаційними системами державних органів

Відомості про смерть засновника (учасника) юридичної особи, визнанн його безвісно відсутнім чи оголошення померлим, відомості про смерт

керівника юридичної особи та особи, яка може вчиняти дії від імені юридичної особи

Дані про символіку

Дані про хронологію реєстраційних дій

надається інформація з Єдиного державного реєстру юридичних осіб, фізичних осіб-підприємців та громадських формувань (ЄДР) у кількості **1** записів:

## Запис 1

***Найменування юридичної особи та скорочене у разі його наявності:***
ПУБЛІЧНЕ АКЦІОНЕРНЕ ТОВАРИСТВО "АКЦІОНЕРНИЙ КОМЕРЦІЙНИЙ ПРОМИСЛОВО-ІНВЕСТИЦІЙНИЙ БАНК", ПАТ "ПРОМІНВЕСТБАНК"

***Ідентифікаційний код юридичної особи:***
00039002

***Актуальний стан на фактичну дату та час формування:***
в стані припинення

***Організаційно-правова форма юридичної особи:***
АКЦІОНЕРНЕ ТОВАРИСТВО

***Центральний чи місцевий орган виконавчої влади, до сфери управління якого належить юридична особа публічного права або який здійснює функції з управління корпоративними правами держави у відповідній юридичній особі:***
Відомості відсутні

***Місцезнаходження юридичної особи:***
Україна, 01001, місто Київ, ВУЛИЦЯ МАЛОПІДВАЛЬНА, будинок 8

***Види економічної діяльності:***
64.19 Інші види грошового посередництва (основний)

***Назви органів управління юридичної особи:***
ЗАГАЛЬНІ ЗБОРИ АКЦІОНЕРІВ

***Перелік засновників (учасників) юридичної особи:***
ЗГІДНО РЕЄСТРУ ВЛАСНИКІВ ІМЕННИХ ЦІННИХ ПАПЕРІВ ПРОМІНВЕСТБАНКУ., Розмір частки засновника (учасника): 50918870510

*Інформація про кінцевого бенефіціарного власника (контролера) юридичної особи, у тому числі відомості про юридичних осіб, через яких здійснюється опосередкований вплив на юридичну особу:*

Кінцевий бенефіціарний власник відсутній. Причина відсутності – 99,7726 відсотків акцій ПАТ "Промінвестбанк" належать Державі Україна в особі Державного підприємства "Національний фонд інвестицій України" та відсутні будь-які інші фізичні особи, які відповідають статусу кінцевого бенефіціарного власника

*Керівник юридичної особи, а також відомості про інших осіб, які можуть вчиняти дії від імені юридичної особи, у тому числі підписувати договори, тощо:*

КАРАЧЕНЦЕВ АРТЕМ ЮРІЙОВИЧ (Уповноважена особа Фонду гарантування вкладів фізичних осіб на ліквідацію ПАТ "ПРОМІНВЕСТБАН") – керівник

КАРАЧЕНЦЕВ АРТЕМ ЮРІЙОВИЧ – голова комісії з припинення

*Розмір статутного (складеного) капіталу (пайового фонду):*

50918870510,00 грн.

*Вид установчого документа:*

Відомості відсутні

*Дата та номер запису в Єдиному державному реєстрі юридичних осіб, фізичних осіб-підприємців та громадських формувань:*

Дата державної реєстрації: 26.08.1992, Дата запису: 06.12.2005, Номер запису: 10741200000013048

*Дані про відокремлені підрозділи юридичної особи:*

Відомості відсутні

*Дані про перебування юридичної особи у процесі припинення, у тому числі дані про рішення щодо припинення юридичної особи:*

В стані припинення, 11.03.2022, 1000741780170013048, Внесення рішення державного органу про припинення юридичної особи в результаті її ліквідації

*Відомості про комісію з припинення:*

КАРАЧЕНЦЕВ АРТЕМ ЮРІЙОВИЧ – ліквідатор

*Відомості про строк, визначений засновниками (учасниками) юридичної особи, судом або органом, що прийняв рішення про припинення юридичної особи, для заявлення кредиторами своїх вимог:*

24.02.2025

***Дані про скасування рішення засновників (учасників) або уповноваженого ними органу щодо припинення юридичної особи:***
Відомості відсутні

***Дані про перебування юридичної особи у процесі провадження у справі про банкрутство, санації, у тому числі відомості про розпорядника майна, керуючого санацією:***
Відомості відсутні

***Дані про юридичних осіб, правонаступником яких є зареєстрована юридична особа:***
Відомості відсутні

***Дані про юридичних осіб-правонаступників:***
Відомості відсутні

***Місце зберігання реєстраційної справи в паперовій формі:***
Шевченківська районна в місті Києві державна адміністрація

***Відомості, отримані в порядку інформаційної взаємодії між Єдиним державним реєстром юридичних осіб, фізичних осіб - підприємців та громадських формувань та інформаційними системами державних органів:***
01.02.1994, ДЕРЖАВНА СЛУЖБА СТАТИСТИКИ УКРАЇНИ, 37507880

14.04.1993, 10/БАНК, ЦЕНТРАЛЬНЕ МІЖРЕГІОНАЛЬНЕ УПРАВЛІННЯ ДПС ПО РОБОТІ З ВЕЛИКИМИ ПЛАТНИКАМИ ПОДАТКІВ, 44082145, (дані про взяття на облік як платника податків)

27.08.1992, 03-18666*, ЦЕНТРАЛЬНЕ МІЖРЕГІОНАЛЬНЕ УПРАВЛІННЯ ДПС ПО РОБОТІ З ВЕЛИКИМИ ПЛАТНИКАМИ ПОДАТКІВ, 44082145, 5, (дані про взяття на облік як платника єдиного внеску)

***Дані про хронологію реєстраційних дій:***
Державна реєстрація включення відомостей про юридичну особу, 06.12.2005 00:00:00, 10741200000013048, Майборода В.Г., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 25.05.2006 00:00:00, 10741070001013048, Зміна відокремлених підрозділів., Гордієнко В.І., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної особи, 19.09.2006 00:00:00, 10741040002013048, Майборода В.Г., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до установчих документів юридичної особи, 21.09.2006 00:00:00, 10741050003013048, Інші зміни., Майборода В.Г., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 05.02.2007 00:00:00, 10741070004013048, Зміна відокремлених підрозділів., Оліфір Н.В., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 07.02.2007 00:00:00, 10741070005013048, Зміна відокремлених підрозділів., Дубина А.Б., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної особи, 12.02.2007 00:00:00, 10741040006013048, Майборода В.Г., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 13.02.2007 00:00:00, 10741070007013048, Зміна відокремлених підрозділів., Майборода В.Г., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 15.02.2007 00:00:00, 10741070008013048, Зміна відокремлених підрозділів., Майборода В.Г., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 28.02.2007 00:00:00, 10741070009013048, Зміна відокремлених підрозділів., Дубина А.Б., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 20.03.2007 00:00:00, 10741070010013048, Зміна відокремлених підрозділів., Майборода В.Г., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 03.04.2007 00:00:00, 10741070011013048, Зміна відокремлених підрозділів., Майборода В.Г., Шевченківська районна у місті Києві державна адміністрація

Підтвердження відомостей про юридичну особу, 17.04.2007 00:00:00, 10741060012013048, Майборода В.Г., Шевченківська районна у місті Києві державна адміністрація

Виправлення помилок, 17.05.2007 17:00:42, 10747770013013048, Оліфір Н.В., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 17.05.2007 17:39:21, 10741070014013048, Зміна відокремлених підрозділів. Зміна місцезнаходження відокремленого підрозділу юридичної особи., Оліфір Н.В., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної особи, 18.05.2007 10:03:27, 10741040016013048, Оліфір Н.В., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 18.05.2007 09:37:50, 10741070015013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи., Оліфір Н.В., Шевченківська районна у місті Києві державна адміністрація

Виправлення помилок, 18.05.2007 11:26:41, 10747770017013048, Оліфір Н.В., Шевченківська районна у місті Києві державна адміністрація

Виправлення помилок, 14.06.2007 10:27:32, 10747770018013048, Оліфір Н.В., Шевченківська районна у місті Києві державна адміністрація

Виправлення помилок, 26.06.2007 16:08:58, 10747770020013048, Майборода В.Г., Шевченківська районна у місті Києві державна адміністрація

Скасування реєстраційної дії (для виправлення помилок), 14.06.2007 10:29:23, 10749980019013048, Оліфір Н.В., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної особи, 06.07.2007 12:56:21, 10741040021013048, Дубина А.Б., Шевченківська районна у місті Києві державна адміністрація

Виправлення помилок, 23.07.2007 11:24:45, 10747770022013048, Оліфір Н.В., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної особи, 23.07.2007 13:22:53, 10741040024013048, Оліфір Н.В., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 23.07.2007 12:25:31, 10741070023013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи. Зміна місцезнаходження відокремленого підрозділу юридичної особи., Оліфір Н.В., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 01.08.2007 12:56:35, 10741070025013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи., Полякова В.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до установчих документів юридичної особи, 20.08.2007 10:49:54, 10741050026013048, Інші зміни., Полякова В.О., Шевченківська районна у місті Києві державна адміністрація

*Державна реєстрація змін до відомостей про юридичну особу, 10.09.2007 10:04:14, 10741070027013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи. Зміна місцезнаходження відокремленого підрозділу юридичної особи., Оліфір Н.В., Шевченківська районна у місті Києві державна адміністрація*

Підтвердження відомостей про юридичну особу, 25.09.2007 11:21:52, 10741060028013048, Оліфір Н.В., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 23.10.2007 11:07:58, 10741070029013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи., Дубина А.Б., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної особи, 30.10.2007 10:20:47, 10741040030013048, Дубина А.Б., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 31.10.2007 10:52:08, 10741070031013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи., Ільїнська Я.І., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 29.11.2007 15:34:16, 10741070032013048, Зміна інформації для здійснення зв'язку з відокремленим підрозділом. Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи. Зміна місцезнаходження відокремленого підрозділу юридичної особи., Оліфір Н.В., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 05.12.2007 11:23:44, 10741070033013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи., Гордієнко В.І., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 11.01.2008 15:23:18, 10741070034013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи., Гордієнко В.І., Шевченківська районна у місті Києві державна адміністрація

Скасування реєстраційної дії (для виправлення помилок), 11.01.2008 15:30:45, 10749980035013048, Оліфір Н.В., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної особи, 12.01.2008 11:20:18, 10741040036013048, Гордієнко В.І., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 17.01.2008 11:07:38, 10741070037013048, Зміна інформації для здійснення зв'язку з відокремленим підрозділом. Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної

особи., Гордієнко В.І., Шевченківська районна у місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 23.01.2008
14:43:22, 10741070038013048, Зміна інформації для здійснення зв'язку
з відокремленим підрозділом. Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Полякова В.О., Шевченківська районна у місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 04.02.2008
12:06:00, 10741070039013048, Зміна інформації для здійснення зв'язку
з відокремленим підрозділом. Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Лінцова В.Ю., Шевченківська районна у місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 19.02.2008
11:03:49, 10741070040013048, Зміна інформації для здійснення зв'язку
з відокремленим підрозділом. Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи. Зміна місцезнаходження відокремленого підрозділу юридичної
особи., Оліфір Н.В., Шевченківська районна у місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 20.03.2008
10:42:37, 10741070041013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Оліфір Н.В., Шевченківська районна у місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 24.03.2008
10:35:45, 10741070042013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Оліфір Н.В., Шевченківська районна у місті Києві державна
адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 31.03.2008 11:17:48, 10741040043013048, Полякова В.О.,
Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 10.04.2008 11:54:36, 10741040044013048, Полякова В.О.,
Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 20.05.2008 15:03:06, 10741040045013048, Майборода В.Г.,
Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 12.06.2008
11:44:55, 10741070046013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної

особи., Лінцова В.Ю., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 16.09.2008 11:37:12, 10741070047013048, Зміна інформації для здійснення зв'язку з відокремленим підрозділом. Зміна відокремлених підрозділів. Зміна місцезнаходження відокремленого підрозділу юридичної особи., Лінцова В.Ю., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 22.09.2008 10:54:25, 10741070048013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи., Полякова В.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 10.10.2008 10:24:53, 10741070049013048, Зміна керівника або відомостей про керівника юридичної особи. Зміна фізичних осіб або зміна відомостей про фізичних осіб – платників податків, які мають право вчиняти дії від імені юридичної особи без довіреності, у тому числі підписувати договори, подавати документи для державної реєстрації тощо., Полякова В.О., Шевченківська районна у місті Києві державна адміністрація

Виправлення помилок, 10.10.2008 10:37:55, 10747770050013048, Полякова В.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 15.10.2008 11:20:10, 10741070051013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи., Полякова В.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до установчих документів юридичної особи, 27.10.2008 13:03:52, 10741050052013048, Інші зміни. Зміна складу або інформації про засновників. Зміна складу засновників (учасників) або зміна відомостей про засновників (учасників) юридичної особи., Полякова В.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної особи, 11.11.2008 12:40:19, 10741040053013048, Полякова В.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до установчих документів юридичної особи, 11.11.2008 12:53:34, 10741050055013048, Інші зміни., Полякова В.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 11.11.2008 12:47:19, 10741070054013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи., Полякова В.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 15.12.2008 09:37:11, 10741070056013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи., Полякова В.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до установчих документів юридичної особи, 08.01.2009 11:49:56, 10741050057013048, Інші зміни. Зміна розміру статутного (складеного) капіталу (пайового фонду) юридичної особи. Зміна складу або інформації про засновників. Зміна складу засновників (учасників) або зміна відомостей про засновників (учасників) юридичної особи. Зміни статутного або складеного капіталу., Полякова В.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 22.01.2009 11:09:48, 10741070058013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи. Зміна місцезнаходження відокремленого підрозділу юридичної особи., Полякова В.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 09.02.2009 09:28:01, 10741070059013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи., Сотнікова Т.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 02.03.2009 12:07:22, 10741070060013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи., Лінцова В.Ю., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 20.03.2009 10:48:02, 10741070061013048, Зміна інформації для здійснення зв'язку з юридичною особою. Зміна керівника або відомостей про керівника юридичної особи. Зміна фізичних осіб або зміна відомостей про фізичних осіб - платників податків, які мають право вчиняти дії від імені юридичної особи без довіреності, у тому числі підписувати договори, подавати документи для державної реєстрації тощо., Полякова В.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 08.07.2009 09:46:49, 10741070062013048, Зміна відокремлених підрозділів. Зміна місцезнаходження відокремленого підрозділу юридичної особи., Полякова В.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до установчих документів юридичної особи, 13.08.2009 14:56:56, 10741050063013048, Зміна найменування юридичної особи (повного та/або скороченого). Зміна повного найменування. Зміна скороченого найменування., Майборода В.Г., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 06.10.2009
10:43:42, 10741070064013048, Зміна відокремлених підрозділів. Зміна
відомостей про керівника відокремленого підрозділу юридичної особи.
Зміна повного найменування відокремленого підрозділу юридичної
особи;., Сіроштан Г.О., Шевченківська районна у місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 07.10.2009
17:19:03, 10741070065013048, Зміна інформації для здійснення зв'язку
з відокремленим підрозділом. Зміна відокремлених підрозділів.
Зміна повного найменування відокремленого підрозділу юридичної
особи;., Сіроштан Г.О., Шевченківська районна у місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 12.10.2009
15:59:47, 10741070066013048, Зміна відокремлених підрозділів. Зміна
відомостей про керівника відокремленого підрозділу юридичної особи.
Зміна повного найменування відокремленого підрозділу юридичної
особи;., Сіроштан Г.О., Шевченківська районна у місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 12.10.2009
16:37:41, 10741070067013048, Зміна відокремлених підрозділів.
Зміна повного найменування відокремленого підрозділу юридичної
особи;., Сіроштан Г.О., Шевченківська районна у місті Києві державна
адміністрація

Державна реєстрація змін до установчих документів юридичної особи,
15.10.2009 09:13:03, 10741050068013048, Інші зміни. Зміна розміру
статутного (складеного) капіталу (пайового фонду) юридичної особи.
Зміна складу або інформації про засновників. Зміна складу засновників
(учасників) або зміна відомостей про засновників (учасників) юридичної
особи. Зміни статутного або складеного капіталу., Майборода В.Г.,
Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 21.10.2009
10:40:27, 10741070069013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Сіроштан Г.О., Шевченківська районна у місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 23.10.2009
10:20:04, 10741070070013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи. Зміна місцезнаходження відокремленого підрозділу юридичної
особи., Сіроштан Г.О., Шевченківська районна у місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 27.10.2009
11:17:21, 10741070071013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної

особи., Сіроштан Г.О., Шевченківська районна у місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 10.11.2009
11:01:23, 10741070072013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Сіроштан Г.О., Шевченківська районна у місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 16.11.2009
11:58:36, 10741070073013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Сіроштан Г.О., Шевченківська районна у місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 15.12.2009
10:54:10, 10741070074013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Сіроштан Г.О., Шевченківська районна у місті Києві державна
адміністрація

Виправлення помилок, 23.12.2009 12:20:06, 10747770075013048, Сіроштан
Г.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 14.01.2010
11:01:20, 10741070076013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Сіроштан Г.О., Шевченківська районна у місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 27.01.2010
12:11:08, 10741070077013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Оліфір Н.В., Шевченківська районна у місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 02.02.2010
11:25:21, 10741070078013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Оліфір Н.В., Шевченківська районна у місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 09.02.2010
10:49:13, 10741070079013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Оліфір Н.В., Шевченківська районна у місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 16.02.2010
12:08:14, 10741070080013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Оліфір Н.В., Шевченківська районна у місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 16.03.2010 10:07:52, 10741070081013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи., Сіроштан Г.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної особи, 17.03.2010 11:55:50, 10741040082013048, Сіроштан Г.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної особи, 17.03.2010 11:58:37, 10741040083013048, Сіроштан Г.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 06.04.2010 11:59:13, 10741070084013048, Зміна видів економічної діяльності юридичної особи. Зміни видів діяльності., Сіроштан Г.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 19.04.2010 12:27:19, 10741070085013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи., Сіроштан Г.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 05.05.2010 14:21:26, 10741070086013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи. Зміна видів економічної діяльності відокремленого підрозділу юридичної особи., Сіроштан Г.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 07.06.2010 12:17:45, 10741070087013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи., Сіроштан Г.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до установчих документів юридичної особи, 08.06.2010 13:58:53, 10741050088013048, Інші зміни., Лінцова В.Ю., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної особи, 24.06.2010 12:40:31, 10741040090013048, Башинська А.М., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 24.06.2010 12:33:46, 10741070089013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи., Башинська А.М., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 07.07.2010 15:39:21, 10741070091013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи. Зміна видів економічної діяльності відокремленого підрозділу юридичної особи., Сотнікова Т.О., Шевченківська районна у місті Києві державна адміністрація

Підтвердження відомостей про юридичну особу, 14.10.2010 12:27:00, 10741060092013048, Зміна інформації для здійснення зв'язку з юридичною особою., Полякова В.О., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної особи, 20.10.2010 14:31:33, 10741040093013048, Лінцова В.Ю., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної особи, 20.10.2010 15:23:48, 10741040094013048, Лінцова В.Ю., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 20.10.2010 16:36:11, 10741070095013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи. Зміна видів економічної діяльності відокремленого підрозділу юридичної особи., Лінцова В.Ю., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної особи, 21.10.2010 11:42:01, 10741040096013048, Лінцова В.Ю., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної особи, 22.10.2010 10:55:01, 10741040097013048, Лінцова В.Ю., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 25.10.2010 11:15:12, 10741070098013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи. Зміна видів економічної діяльності відокремленого підрозділу юридичної особи. Зміна місцезнаходження відокремленого підрозділу юридичної особи., Лінцова В.Ю., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної особи, 26.10.2010 10:44:07, 10741040099013048, Лінцова В.Ю., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 26.10.2010 10:48:38, 10741070100013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи. Зміна видів економічної діяльності відокремленого підрозділу юридичної особи., Лінцова В.Ю., Шевченківська районна у місті Києві державна адміністрація

Виправлення помилок, 28.10.2010 18:09:52, 10747770101013048, Лінцова
В.Ю., Шевченківська районна у місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 01.03.2011
17:46:10, 10741070102013048, Зміна відокремлених підрозділів. Зміна
відомостей про керівника відокремленого підрозділу юридичної особи.
Зміна видів економічної діяльності відокремленого підрозділу юридичної
особи. Зміна місцезнаходження відокремленого підрозділу юридичної
особи., Лінцова В.Ю., Шевченківська районна в місті Києві державна
адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 02.03.2011 09:45:12, 10741040103013048, Лінцова В.Ю.,
Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 30.05.2011 09:08:18, 10741040104013048, Лінцова В.Ю.,
Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 02.06.2011 13:31:30, 10741040105013048, Лінцова В.Ю.,
Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 18.07.2011
16:36:23, 10741070106013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Дубина А.Б., Шевченківська районна в місті Києві державна
адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 19.07.2011 12:23:53, 10741040107013048, Дубина А.Б.,
Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 01.08.2011 11:27:41, 10741040109013048, Кравчук А.М.,
Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 01.08.2011
11:14:56, 10741070108013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Кравчук А.М., Шевченківська районна в місті Києві державна
адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 23.08.2011 14:21:25, 10741040111013048, Лінцова В.Ю.,
Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 23.08.2011
14:13:48, 10741070110013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Лінцова В.Ю., Шевченківська районна в місті Києві державна
адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 14.09.2011 14:36:14, 10741040113013048, Лінцова В.Ю.,
Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 14.09.2011
14:25:19, 10741070112013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Лінцова В.Ю., Шевченківська районна в місті Києві державна
адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 29.09.2011 14:21:07, 10741040114013048, Лінцова В.Ю.,
Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 18.10.2011
14:30:25, 10741070115013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Лінцова В.Ю., Шевченківська районна в місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 28.11.2011
14:32:18, 10741070116013048, Зміна відокремлених підрозділів.
Зміна повного найменування відокремленого підрозділу юридичної
особи;., Лінцова В.Ю., Шевченківська районна в місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 26.12.2011
14:27:32, 10741070117013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Лінцова В.Ю., Шевченківська районна в місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 31.01.2012
14:31:12, 10741070118013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Лінцова В.Ю., Шевченківська районна в місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 20.02.2012
14:55:56, 10741070119013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Лінцова В.Ю., Шевченківська районна в місті Києві державна
адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 29.02.2012 14:29:26, 10741040120013048, Лінцова В.Ю.,
Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 12.03.2012
16:01:43, 10741070121013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Лінцова В.Ю., Шевченківська районна в місті Києві державна
адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної особи, 05.04.2012 09:14:43, 10741040122013048, Лінцова В.Ю., Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної особи, 27.04.2012 09:12:36, 10741040123013048, Лінцова В.Ю., Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 27.04.2012 09:23:59, 10741070124013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи., Лінцова В.Ю., Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної особи, 22.05.2012 09:27:12, 10741040125013048, Лінцова В.Ю., Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 22.05.2012 09:40:31, 10741070126013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи., Лінцова В.Ю., Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної особи, 28.05.2012 14:06:20, 10741040127013048, Лінцова В.Ю., Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація змін до установчих документів юридичної особи, 09.06.2012 10:25:36, 10741050128013048, Інші зміни. Зміна найменування юридичної особи (повного та/або скороченого). Зміна скороченого найменування., Лінцова В.Ю., Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної особи, 12.06.2012 09:13:55, 10741040130013048, Лінцова В.Ю., Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 12.06.2012 09:11:54, 10741070129013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи., Лінцова В.Ю., Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 20.07.2012 09:43:17, 10741070131013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної особи., Дубина А.Б., Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 17.08.2012 14:20:51, 10741070132013048, Зміна відокремлених підрозділів. Зміна відомостей про керівника відокремленого підрозділу юридичної

особи., Антощенко Г.Л., Шевченківська районна в місті Києві державна
адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 20.08.2012
13:27:11, 10741070133013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Плетенець М.В., Шевченківська районна в місті Києві державна
адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 31.08.2012 11:38:16, 10741040134013048, Сіроштан Г.О.,
Шевченківська районна в місті Києві державна адміністрація

Виправлення помилок, 10.09.2012 09:30:20, 10747770135013048, Сіроштан
Г.О., Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 12.09.2012 14:13:02, 10741040137013048, Сотнікова Т.О.,
Шевченківська районна в місті Києві державна адміністрація

Підтвердження відомостей про юридичну особу, 12.09.2012 14:10:04,
10741060136013048, Зміна інформації для здійснення зв'язку з юридичною
особою., Сотнікова Т.О., Шевченківська районна в місті Києві державна
адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 20.09.2012 09:36:11, 10741040138013048, Антощенко Г.Л.,
Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 24.09.2012 11:50:21, 10741040139013048, Антощенко Г.Л.,
Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 24.09.2012
11:57:30, 10741070140013048, Зміна відокремлених підрозділів.
Зміна відомостей про керівника відокремленого підрозділу юридичної
особи., Антощенко Г.Л., Шевченківська районна в місті Києві державна
адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 16.10.2012 16:00:19, 10741040141013048, Антощенко Г.Л.,
Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 23.10.2012 12:54:11, 10741040142013048, Антощенко Г.Л.,
Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 30.10.2012 16:37:37, 10741040143013048, Антощенко Г.Л.,
Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 14.11.2012
15:40:45, 10741070144013048, Зміна відокремлених підрозділів. Зміна

відомостей про керівника відокремленого підрозділу юридичної особи.
Зміна видів економічної діяльності відокремленого підрозділу юридичної
особи. Зміна видів економічної діяльності юридичної особи. Зміни
видів діяльності., Антощенко Г.Л., Шевченківська районна в місті Києві
державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 12.02.2013 17:02:51, 10741040145013048, Антощенко Г.Л.,
Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 27.02.2013 16:43:08, 10741040146013048, Антощенко Г.Л.,
Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 15.03.2013 15:47:37, 10741040147013048, Кучерявий Р.Т.,
Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація припинення відокремленого підрозділу юридичної
особи, 22.03.2013 14:43:53, 10741040148013048, Антощенко Г.Л.,
Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація змін до відомостей про юридичну особу, 11.06.2013
17:43:40, 10741070149013048, Зміна інформації для здійснення зв'язку з
юридичною особою., Антощенко Г.Л., Шевченківська районна в місті Києві
державна адміністрація

Підтвердження відомостей про юридичну особу, 01.10.2013 14:59:19,
10741060150013048, Зміна інформації для здійснення зв'язку з юридичною
особою., Гордієнко В.І., Шевченківська районна в місті Києві державна
адміністрація

Державна реєстрація змін до установчих документів юридичної особи,
08.10.2013 14:22:14, 10741050151013048, Зміна розміру статутного
(складеного) капіталу (пайового фонду) юридичної особи. Зміна
складу або інформації про засновників. Зміна складу засновників
(учасників) або зміна відомостей про засновників (учасників) юридичної
особи. Зміни статутного або складеного капіталу., Антощенко Г.Л.,
Шевченківська районна в місті Києві державна адміністрація

Підтвердження відомостей про юридичну особу, 03.10.2014 10:20:28,
10741060152013048, Зміна інформації для здійснення зв'язку з юридичною
особою., Кучерявий Р.Т., Шевченківська районна в місті Києві державна
адміністрація

Державна реєстрація змін до установчих документів юридичної особи,
09.04.2015 10:20:05, 10741050153013048, Зміна розміру статутного
(складеного) капіталу (пайового фонду) юридичної особи. Зміна складу
або інформації про засновників. Зміна складу засновників (учасників)
або зміна відомостей про засновників (учасників) юридичної особи.
Зміни статутного або складеного капіталу., Кравчук А.М., Шевченківська
районна в місті Києві державна адміністрація

Державна реєстрація змін до установчих документів юридичної особи, 19.06.2015 14:26:44, 10741050154013048, Інші зміни., Антощенко Г.Л., Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація змін до установчих документів юридичної особи, 04.09.2015 15:42:50, 10741050155013048, Зміна розміру статутного (складеного) капіталу (пайового фонду) юридичної особи. Зміна складу або інформації про засновників. Зміна складу засновників (учасників) або зміна відомостей про засновників (учасників) юридичної особи. Зміни статутного або складеного капіталу., Антощенко Г.Л., Шевченківська районна в місті Києві державна адміністрація

Державна реєстрація змін до установчих документів юридичної особи, 27.04.2016 11:34:17, 10741050156013048, Зміна розміру статутного (складеного) капіталу (пайового фонду) юридичної особи. Зміна складу або інформації про засновників. Зміна складу засновників (учасників) або зміна відомостей про засновників (учасників) юридичної особи. Зміни статутного або складеного капіталу., Шевкова О.В., Приватний нотаріус Шевкова О. В.

Державна реєстрація змін до відомостей про юридичну особу, 29.04.2016 10:57:30, 10741070157013048, Зміна керівника або відомостей про керівника юридичної особи., Шевкова О.В., Приватний нотаріус Шевкова О. В.

Виправлення помилок, 29.04.2016 11:02:27, 10747770158013048, Шевкова О.В., Приватний нотаріус Шевкова О. В.

Державна реєстрація змін до установчих документів юридичної особи, 29.06.2016 18:53:23, 10741050159013048, Інші зміни., Шевкова О.В., Приватний нотаріус Шевкова О. В.

Державна реєстрація змін до відомостей про юридичну особу, 01.07.2016 12:04:51, 10741070160013048, Зміна керівника або відомостей про керівника юридичної особи., Євміна І.Л., Приватний нотаріус Євміна І.Л.

Виправлення помилок, 01.07.2016 12:09:13, 10747770161013048, Євміна І.Л., Приватний нотаріус Євміна І.Л.

Виправлення помилок, 01.07.2016 12:29:40, 10747770162013048, Євміна І.Л., Приватний нотаріус Євміна І.Л.

Державна реєстрація змін до відомостей про юридичну особу, 13.08.2016 15:20:18, 10741070163013048, Зміна керівника або відомостей про керівника юридичної особи., Шевкова О.В., Приватний нотаріус Шевкова О. В.

Державна реєстрація змін до установчих документів юридичної особи, 13.09.2016 11:19:17, 10741050164013048, Зміна розміру статутного (складеного) капіталу (пайового фонду) юридичної особи. Зміна складу або інформації про засновників. Зміна складу засновників (учасників) або зміна відомостей про засновників (учасників) юридичної особи.

Зміни статутного або складеного капіталу., Шевкова О.В., Приватний
нотаріус Шевкова О. В.

Державна реєстрація змін до установчих документів юридичної особи,
04.10.2017 09:48:50, 10741050165013048, Зміна розміру статутного
(складеного) капіталу (пайового фонду) юридичної особи. Зміна складу
або інформації про засновників. Зміна складу засновників (учасників)
або зміна відомостей про засновників (учасників) юридичної особи.
Зміни статутного або складеного капіталу., Сиротюк О.В., Приватний
нотаріус Сиротюк О.В.

Державна реєстрація змін до установчих документів юридичної особи,
26.10.2017 09:24:52, 10741050166013048, Інші зміни., Сиротюк О.В.,
Приватний нотаріус Сиротюк О.В.

Державна реєстрація змін до установчих документів юридичної особи,
22.01.2019 19:05:02, 10741050167013048, Інші зміни., Сиротюк О.В.,
Приватний нотаріус Сиротюк О.В.

Державна реєстрація змін до установчих документів юридичної особи,
28.07.2020 19:17:50, 10741050168013048, Зміна місцезнаходження
юридичної особи (у разі зазначення його в установчих документах).
Зміна складу або інформації про засновників. Зміна складу засновників
(учасників) або зміна відомостей про засновників (учасників) юридичної
особи., Сиротюк О.В., Приватний нотаріус Сиротюк О.В.

Державна реєстрація змін до відомостей про юридичну особу, 27.09.2021
11:07:05, 1000741070169013048, Зміна кінцевого бенефіціарного власника
(контролера) або зміна відомостей про кінцевого бенефіціарного
власника (контролера). Зміна складу засновників (учасників) або зміна
відомостей про засновників (учасників) юридичної особи., Гноць О.Ю.,
Оболонська районна в місті Києві державна адміністрація

Внесення рішення державного органу про припинення юридичної особи в
результаті її ліквідації, 11.03.2022 10:39:36, 1000741780170013048,
Кулявий А.С., Південно-Західне міжрегіональне управління Міністерства
юстиції (м. Івано-Франківськ)

Державна реєстрація змін до відомостей про юридичну особу, 02.11.2022
10:47:08, 1000741070171013048, Зміна керівника або відомостей про
керівника юридичної особи., Біловар І.О., Приватний нотаріус Біловар
І.О.

Державна реєстрація змін до відомостей про юридичну особу, 20.12.2022
16:35:59, 1000741070172013048, Зміна кінцевого бенефіціарного власника
(контролера) або зміна відомостей про кінцевого бенефіціарного
власника (контролера)., Біловар І.О., Приватний нотаріус Біловар І.О.

***Інформація для здійснення зв'язку:***
+380442795161, 0800215161, www. pib.com.ua

*Дата та час формування витягу:*
20.12.2022 16:42:20


Єдиний державний реєстр юридичних осіб, фізичних осіб-підприємців та громадських формувань знаходиться у стані формування. Інформація про юридичних осіб, фізичних осіб-підприємців та громадських формувань та зареєстрованих до 01.07.2004 та не включених до Єдиного державного реєстру юридичних осіб, фізичних осіб-підприємців та громадських формувань отримується в органі виконавчої влади, в якому проводилась державна реєстрація.


**Приватний нотаріус Біловар І.О.**                                                      **Біловар І.О.**



**ВИКОНАВЧА ДИРЕКЦІЯ ФОНДУ ГАРАНТУВАННЯ ВКЛАДІВ ФІЗИЧНИХ ОСІБ**

**РІШЕННЯ**

2 5. 02. .2022          м. Київ          № 130

Про початок процедури .ліквідації
ПАТ «АКЦІОНЕРНИЙ КОМЕРЦІЙНИЙ
ПРОМИСЛОВО-ІНВЕСТИЦІЙНИЙ БАНК»
та делегування повноважень ліквідатора банку

Відповідно до пункту 2 частини п'ятої статті 12, частини першої статті 35, частин четвертої та п'ятої статті 44, статей 45, 47, 48 Закону України «Про систему гарантування вкладів фізичних осіб» (далі – Закон), на підставі рішення Правління Національного банку України від 25.02.2022 № 90-рш/БТ «Про відкликання банківської ліцензії та ліквідацію Публічного акціонерного товариства «Акціонерний комерційний промислово-інвестиційний банк», виконавча дирекція Фонду гарантування вкладів фізичних осіб (далі – Фонд)

**ВИРІШИЛА:**

1. Розпочати процедуру ліквідації у ПУБЛІЧНОМУ АКЦІОНЕРНОМУ ТОВАРИСТВІ «АКЦІОНЕРНИЙ КОМЕРЦІЙНИЙ ПРОМИСЛОВО-ІНВЕСТИЦІЙНИЙ БАНК» (далі – ПАТ «АКЦІОНЕРНИЙ КОМЕРЦІЙНИЙ ПРОМИСЛОВО-ІНВЕСТИЦІЙНИЙ БАНК») строком на три роки з 25.02.2022 до 24.02.2025 включно.

2. Призначити уповноваженою особою Фонду та делегувати всі повноваження ліквідатора ПАТ «АКЦІОНЕРНИЙ КОМЕРЦІЙНИЙ ПРОМИСЛОВО-ІНВЕСТИЦІЙНИЙ БАНК», визначені Законом, зокрема, статтями 37, 38, 47-52, 52¹, 53 Закону, в тому числі з підписання всіх договорів, пов'язаних з реалізацією активів банку у порядку, визначеному Законом, окрім повноважень в частині організації реалізації активів банку, провідному професіоналу з питань ліквідації банків відділу організації процедур ліквідації банків департаменту ліквідації банків Караченцева Артема Юрійовича (РНОКПП 3088119116) строком на три роки з 25.02.2022 до 24.02.2025 включно.

2

3.    Управлінню зв'язків з громадськістю та міжнародними організаціям (Серветник І.В.) забезпечити розміщення інформації про запровадження процедури ліквідації у ПАТ «АКЦІОНЕРНИЙ КОМЕРЦІЙНИЙ ПРОМИСЛОВО-ІНВЕСТИЦІЙНИЙ БАНК» і про призначення уповноваженої особи Фонду та делегування повноважень ліквідатора ПАТ «АКЦІОНЕРНИЙ КОМЕРЦІЙНИЙ ПРОМИСЛОВО-ІНВЕСТИЦІЙНИЙ БАНК», визначених Законом, на офіційному сайті Фонду в мережі Інтернет не пізніше наступного робочого дня і у газетах «Урядовий кур'єр» або «Голос України» не пізніше ніж через сім днів після прийняття даного рішення.

4.    Враховуючи оголошення військового стану в Україні та керуючись нормами Конституції України з метою збереження життя та здоров'я людей, процедури ліквідації здійснювати дистанційно без виїзду за місцем розташування банку.

5.    Контроль за виконанням цього рішення покласти на заступника директора-розпорядника Ольгу Білай.

6.    Це рішення набирає чинності з моменту його прийняття.

В.о. директора-розпорядника                    Віктор НОВІКОВ

Інд. 49

Протокол засідання виконавчої дирекції

від « 25» листоп 2022 року № 013/...

**АФІДЕВІТ**

**Місто Київ, Україна, двадцять другого грудня дві тисячі двадцять другого року**

Я, громадянин України **КАРАЧЕНЦЕВ Артем Юрійович, 23 липня 1984 року народження,** реєстраційний номер облікової картки платника податків **3088119116**, паспорт КО143078, виданий Ленінським РВ ПМУ УМВС України в Полтавській обл. 22 листопада 2000 року, місце проживання зареєстроване за адресою: Полтавська область, місто Полтава, пр. Миколи Вавілова, буд. 5, кв. 52, на підставі Закону України «Про систему гарантування вкладів фізичних осіб» та рішення Виконавчої дирекції Фонду гарантування вкладів фізичних осіб № 130 від 25.02.2022 «Про початок ліквідації ПАТ «АКЦІОНЕРНИЙ КОМЕРЦІЙНИЙ ПРОМИСЛОВО-ІНВЕСТИЦІЙНИЙ БАНК» та делегування повноважень ліквідатора банку» є Уповноваженою особою Фонду гарантування вкладів фізичних осіб на ліквідацію **ПУБЛІЧНОГО АКЦІОНЕРНОГО ТОВАРИСТВА «АКЦІОНЕРНИЙ КОМЕРЦІЙНИЙ ПРОМИСЛОВО-ІНВЕСТИЦІЙНИЙ БАНК»,** надалі за текстом – **Банк**, місцезнаходження: м. Київ, вулиця Малопідвальна, будинок 8, ідентифікаційний код юридичної особи: 00039002, повністю розуміючи значення своїх дій та без будь-якого тиску зі сторони, відповідно до дійсного волевиявлення, урочисто й щиро стверджую, ЗАЯВЛЯЮ і підтверджую, що прибув до нотаріуса, пред'явив паспорт громадянина України, картку про присвоєння реєстраційного номеру облікової картки платника податків, зазначене вище рішення Фонду гарантування вкладів фізичних осіб, є безумовно дієздатним, просив мене прийняти і засвідчити урочисту заяву. Після пояснення про значення урочистої заяви нотаріусом, повністю розуміючи значення своїх дій та без будь-якого тиску зі сторони, відповідно до власного волевиявлення, діючи незалежно, заявив наступне:

Я, громадянин України **КАРАЧЕНЦЕВ Артем Юрійович, Уповноважена особа Фонду гарантування вкладів фізичних осіб на ліквідацію Банку,** стверджую, що станом на 22 грудня 2022 року 99,7726 відсотків акцій Банку належать Державі Україна в особі Державного підприємства "Національний фонд інвестицій України" та відсутні будь-які інші фізичні особи, які здійснюють прямий чи непрямий вирішальний вплив (контроль) на діяльність Банку та відповідають статусу кінцевого бенефіціарного власника контролера.

Як докази вищезазначеного афідевіту, додаю документ:

Витяг з Єдиного державного реєстру юридичних осіб, фізичних осіб-підприємців та громадських формувань № 29945723 від 20 грудня 2022 року, отриманий мною, Караченцевим Артемом Юрійовичем, щодо Банку.

Про відповідальність про надання недостовірної інформації, я, **Караченцев Артем Юрійович,** нотаріусом попереджений.

Я, громадянин України **Караченцев Артем Юрійович,** несу юридичну відповідальність за форму, зміст і достовірність наданого документу.

На надані мною офіційні свідчення, за правдивість яких я ручаюся, можна посилатися завжди і всюди, де в цьому виникне необхідність, і на підтвердження цього вищевказаного я ставлю свій підпис.

**ПІДПИС:** _____

**Місто**



**Київ, Україна, двадцять другого грудня дві тисячі двадцять другого року.**

Я, **Біловар І.О.,** приватний нотаріус Київського міського нотаріального округу, засвідчую справжність підпису **Уповноваженої особи Фонду гарантування вкладів фізичних осіб на ліквідацію ПУБЛІЧНОГО АКЦІОНЕРНОГО ТОВАРИСТВА «АКЦІОНЕРНИЙ КОМЕРЦІЙНИЙ ПРОМИСЛОВО-ІНВЕСТИЦІЙНИЙ БАНК» Караченцева Артема Юрійовича**, який зроблено у моїй присутності.

Особу представника встановлено, його дієздатність та повноваження перевірено.

На підтвердження фактів, викладених у документі, **Караченцев Артем Юрійович** долучив до нього Витяг з Єдиного державного реєстру юридичних осіб, фізичних осіб-підприємців та громадських формувань № 29945723 від 20 грудня 2022 року та копію рішення Виконавчої дирекції Фонду гарантування вкладів фізичних осіб № 130 від 25.02.2022 «Про початок ліквідації ПАТ «АКЦІОНЕРНИЙ КОМЕРЦІЙНИЙ ПРОМИСЛОВО-ІНВЕСТИЦІЙНИЙ БАНК» та делегування повноважень ліквідатора банку».

Зареєстровано в реєстрі за № _4557_.

**Приватний нотаріус**                                                    **І.О. БІЛОВАР**



| **Apostille** | | | |
|---|---|---|---|
| **Апостиль** | | | |
| **(Convention de La Haye du 5 octobre 1961** | | | |
| **Гаазька Конвенція від 5 жовтня 1961 року)** | | | |
| 1. Країна: | Україна | | |
| Цей офіційний документ | | | |
| 2. підписаний | Біловар І.О. | | |
| 3. у якості | приватного нотаріуса | | |
| 4. містить проставлену печатку / штамп | приватного нотаріуса Київського міського нотаріального округу | | |
| Підтверджено | | | |
| 5. в | м. Києві | 6. дата | 22.12.2022 |
| 7. ким | Начальник відділу Міністерства юстиції України Даценко Д.А. | | |
| 8. за № | 3261263 | | |
| 9. Печатка / штамп | | 10. Підпис | |
| Проставлено електронно-цифровий підпис (печатку) Міністерства юстиції України | | | |



Проставлено електронно-цифровий підпис (печатку) Міністерства юстиції України.
Проставлено електронно-цифровий підпис посадової особи Міністерства юстиції України
та містить візуальне зображення зразка підпису цієї особи.

Для перевірки видачі апостилю, див. www.apostille.minjust.gov.ua

Electronically and digitally signed (stamped) by the Ministry of Justice of Ukraine.
Electronically and digitally signed by the official of the Ministry of Justice of Ukraine and
accompanied by the image of his/her signature

To verify the issuance of this Apostille, see www.apostille.minjust.gov.ua

Signé (timbré) en version numérique et digitale par le Ministère de la Justice de l'Ukraine.
Signé en version numérique et digitale par le fonctionnaire du Ministère de la Justice de l'Ukraine
et accompagné de l'image de sa signature.

Cette Apostille peut être vérifiée à l'adresse suivante: www.apostille.minjust.gov.ua



*Переклад англійською мовою з української мови*

*[National Coat of Arms of Ukraine]*

### EXTRACT

### From the Unified State Register of Legal Entities,
### Individual Entrepreneurs and Public Organizations (Non-Government Associations)

Pursuant to the Article 11 of the Law of Ukraine "On State Registration of Legal Entities, Individual Entrepreneurs and Public Organizations (Non-Government Associations)" and upon the request of: Mr. **Artem Yuriiovych Karachentsev** dated **20.12.2022** under **No. 573829516595** as on this day **20.12.2022 16:40:32** with the search criteria as follows:

*State File Number:* 107401304881

*Legal Entity's name:* "JOINT STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK"

*Exact Name Search:* Yes

*Legal Entity's USREOU Code:* 00039002

*To be inserted in the document:*

Information on the Central or Local Executive Body controlling a Legal Entity of Public Law or performing the functions of management the corporate rights of the State in the appropriate Legal Entity.

The purpose of a Non-Government Organization.

List of founders (participants) of a Legal Entity

Information on the Ultimate Beneficial Owner (Controller) of a Legal Entity, including the Ultimate Beneficial Owner (Controller) of its founder, if the founder is a Legal Entity, or information on the absence of the Ultimate Beneficial Owner (Controller) of a Legal Entity, including the Ultimate Beneficial Owner (Controller) of its founder.

Seat of a Legal Entity

Nature of Business

Management Bodies of a Legal Entity

Information on the Chief Executive of a Legal Entity and the other persons as well, who is authorized to act on behalf of a Legal Entity, including to sign agreements etc.

29945723 page 1 of 23

Information on the members of Governing Bodies

The amount of share (contributed) capital (share fund) and contribution amount of each of the founders (participants)

Type of a constituent document

Administrative Act based on which a Legal Entity (other than Local Councils and their Executive Committees) was incorporated

Information on the constituent document based on which a Non-Government Organization operates – in case if Legal Entity was created on the basis of the constituent document of another Non-Government Organization

Contact details of a Legal Entity

Date and Entry number in the Unified State Register

Information on separate divisions of a Legal Entity

Date of legalization (registration) and registration number in the paper Register of Political Parties, Register of Public Associations, Register of Artists' Associations – for the Non-Government Organization being legalized (registered) prior to the Law of Ukraine "On State Registration of the Legal Entities, Individual Entrepreneurs and Non-Government Organizations" coming into force

Information of a Legal Entity being in the process of termination, including information about Resolution on termination of a Legal Entity; Information of Commission on Termination (official receiver, Winding-Up Committee, etc.) and the term fixed by the founders (participants) of a Legal Entity, Court or Body adopted the Resolution on termination of a Legal Entity, in order the creditors can demand their claims

Information of cancellation of Resolution of the founders (participants) or Body being authorized by the last on cancellation of a Legal Entity

Details of Legal Entity being under the process of bankruptcy proceeding, reorganization; including the details about administrator of estate, turnaround manager

Information of Legal Entities whose Legal Successors is registered Legal Entity

Information of Legal Entities-Legal Successors

Information on prohibition of operation of Non-Government Organization

Place for keeping the registration file in paper

Information of providing records from the Unified State Register

Information being received by the way of informational intercommunication with and between the Unified State Register and Information Systems of State Authorities

Information of the death of a Legal Entity's founder (participant), recognition the latest to be missing or declaring the same to be dead, Information of the death of a Legal Entity's Executive and Person being authorized to act on behalf of a Legal Entity

Branding information

Registration actions chronology

the following details are provided from the Unified State Register of Legal Entities, Individual Entrepreneurs and Non-Government Organizations in the number of **1** record:

**Record 1**

***Legal Entity's full and abbreviated name (if any):***
JOINT STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK, PUBLIC JOINT STOCK COMPANY; JOINT STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK, PJSC

***Identification code /registration number/ of a Legal Entity:***
00039002

***Current status on the actual date and time of formation:***
in a state of termination

***Form of business ownership:***
JOINT STOCK COMPANY

*Central or Local Executive Body controlling a Legal Entity of Public Law or which performing the functions of management the corporate rights of the State in the appropriate Legal Entity.*
No data available

*Seat of a Legal Entity:*
Ukraine, 01001, Kyiv City, MALOPIDVALNA STREET, building 8

*Nature of business:*
64.19 Other monetary intermediation (core)

*Names of the Management Bodies of a Legal Entity:*
GENERAL MEETING OF SHAREHOLDERS

*List of founders (participants) of a Legal Entity:*
ACCORDING TO THE SHARE REGISTER OF PROMINVESTBANK.,
Founder's (participant's) share size: 50918870510

29945723 page 3 of 23

*Information on the Ultimate Beneficial Owner (Controller) of a Legal Entity, including information on Legal Entities through which an indirect impact on a Legal Entity is made:*
There is no Ultimate Beneficial Owner. The reason for the absence is that 99.7726 percent of the shares of JOINT STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK, PJSC belong to the State of Ukraine in the form of the State Enterprise "National Investment Fund of Ukraine" and there are no other natural persons who meet the status of the Ultimate Beneficial Owner

*Chief Executive of a Legal Entity and other persons being authorized to act on behalf of a Legal Entity, including to sign agreements etc.:*
Mr. ARTEM YURIIOVYCH KARACHENTSEV (Authorized person of the Deposit Guarantee Fund for the liquidation of JOINT STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK, PJSC) - Chief Executive

Mr. ARTEM YURIIOVYCH KARACHENTSEV – Head of Commission on Termination

*Authorized (contributed) capital (share fund):*
50918870510.00 UAH.

*Type of a constituent document:*
No data available

*Date and recording number in the Unified State Register of Legal Entities, Individual Entrepreneurs and Non-Government Organizations:*
Date of state registration: 26.08.1992. Date of recording: 06.12.2005, Recording No.: 10741200000013048

*Information on separate divisions of a Legal Entity:*
No data available

*Information of a Legal Entity being in the process of termination, including information about Resolution on termination of a Legal Entity*
In a state of termination, 11.03.2022, 1000741780170013048, Entering a decision of a state body to terminate a Legal Entity as a result of its liquidation

*Information of Commission on Termination*
Mr. ARTEM YURIIOVYCH KARACHENTSEV – winding-up person

*Term fixed by the founders (participants) of a Legal Entity, Court or Body adopted the Resolution on termination of a Legal Entity, in order the creditors can demand their claims*
24.02.2025

***Information of cancellation of Resolution of the founders (participants) or Body being authorized by the last on cancellation of a Legal Entity***
No data available

***Details of Legal Entity being under the process of bankruptcy proceeding, reorganization; including the details about administrator of estate, turnaround manager***
No data available

***Information of Legal Entities whose Legal Successors is registered Legal Entity***
No data available

***Information of Legal Entities-Legal Successors***
No data available

***Place for keeping the registration file in paper***
State Administration of Shevchenkivskyi District in Kyiv City

***Information being received by way of informational intercommunication with and between the Unified State Register of Legal Entities, Individual Entrepreneurs and Non-Government Organizations and Information Systems of State Authorities***
01.02.1994, STATE STATISTICS SERVICE OF UKRAINE, 37507880

14.04.1993, 10/BANK, CENTRAL INTERREGIONAL DIRECTORATE OF THE STS FOR WORK WITH LARGE TAXPAYERS, 44082145, 5, (details of the registration as the taxpayer)

27.08.1992, 03-18666*, CENTRAL INTERREGIONAL DIRECTORATE OF THE STS FOR WORK WITH LARGE TAXPAYERS, 44082145, 5, (details of the registration as the social security taxpayer)

***Registration actions chronology:***
State registration of the inclusion of information about a Legal Entity,
06.12.2005 00:00:00, 10741200000013048, Maiboroda V.H., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 25.05.2006 00:00:00, 10741070001013048, Change of separate subdivisions., Hordiienko V.I., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 19.09.2006 00:00:00, 10741040002013048, Maiboroda V.H., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the constituent documents of Legal Entity, 21.09.2006 00:00:00, 10741050003013048, Other amendments., Maiboroda V.H., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 05.02.2007 00:00:00, 10741070004013048, Change of separate subdivisions., Olifir N.V., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 07.02.2007 00:00:00, 10741070005013048, Change of separate subdivisions., Dubyna A.B., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 12.02.2007 00:00:00, 10741040006013048, Maiboroda V.H., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 13.02.2007 00:00:00, 10741070007013048, Change of separate subdivisions., Maiboroda V.H., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 15.02.2007 00:00:00, 10741070008013048, Change of separate subdivisions., Maiboroda V.H., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 28.02.2007 00:00:00, 10741070009013048, Change of separate subdivisions., Dubyna A.B., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 20.03.2007 00:00:00, 10741070010013048, Change of separate subdivisions., Maiboroda V.H., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 03.04.2007 00:00:00, 10741070011013048, Change of separate subdivisions., Maiboroda V.H., State Administration of Shevchenkivskyi District in Kyiv City

Confirmation of Legal Entity's details, 17.04.2007 00:00:00, 10741060012013048, Maiboroda V.H., State Administration of Shevchenkivskyi District in Kyiv City

Error correction, 17.05.2007 17:00:42, 10747770013013048, Olifir N.V., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 17.05.2007 17:39:21, 10741070014013048, Change of separate subdivisions., Change of Seat of a separate subdivision of a Legal Entity., Olifir N.V., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 18.05.2007 10:03:27, 10741040016013048, Olifir N.V., State Administration of Shevchenkivskyi District in Kyiv City

29945723 page 6 of 23

State registration of amendments to the records of Legal Entity, 18.05.2007 09:37:50, 10741070015013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Olifir N.V., State Administration of Shevchenkivskyi District in Kyiv City

Error correction, 18.05.2007 11:26:41, 10747770017013048, Olifir N.V., State Administration of Shevchenkivskyi District in Kyiv City

Error correction, 14.06.2007 10:27:32, 10747770018013048, Olifir N.V., State Administration of Shevchenkivskyi District in Kyiv City

Error correction, 26.06.2007 16:08:58, 10747770020013048, Maiboroda V.H., State Administration of Shevchenkivskyi District in Kyiv City

Canceling the registration action (to correct errors), 14.06.2007 10:29:23, 10749980019013048, Olifir N.V., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 06.07.2007 12:56:21, 10741040021013048, Dubyna A.B., State Administration of Shevchenkivskyi District in Kyiv City

Error correction, 23.07.2007 11:24:45, 10747770022013048, Olifir N.V., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 23.07.2007 13:22:53, 10741040024013048, Olifir N.V., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 23.07.2007 12:25:31, 10741070023013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Change of Seat of a separate subdivision of a Legal Entity., Olifir N.V., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 01.08.2007 12:56:35, 10741070025013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Poliakova V.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the constituent documents of Legal Entity, 20.08.2007 10:49:54, 10741050026013048, Other amendments., Poliakova V.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 10.09.2007 10:04:14, 10741070027013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Change of Seat of a separate subdivision of a Legal Entity., Olifir N.V., State Administration of Shevchenkivskyi District in Kyiv City

Confirmation of Legal Entity's details, 25.09.2007 11:21:52, 10741060028013048, Olifir N.V., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 23.10.2007 11:07:58, 10741070029013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Dubyna A.B., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 30.10.2007 10:20:47, 10741040030013048, Dubyna A.B., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 31.10.2007 10:52:08, 10741070031013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Ilinska Ya.I., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 29.11.2007 15:34:16, 10741070032013048, Change in Contact details of a separate subdivision., Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Change of Seat of a separate subdivision of a Legal Entity., Olifir N.V., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 05.12.2007 11:23:44, 10741070033013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Hordiienko V.I., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 11.01.2008 15:23:18, 10741070034013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Hordiienko V.I., State Administration of Shevchenkivskyi District in Kyiv City

Canceling the registration action (to correct errors), 11.01.2008 15:30:45, 10749980035013048, Olifir N.V., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 12.01.2008 11:20:18, 10741040036013048, Hordiienko V.I., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 17.01.2008 11:07:38, 10741070037013048, Change in Contact details of a separate subdivision., Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Hordiienko V.I., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 23.01.2008 14:43:22, 10741070038013048, Change in Contact details of a separate subdivision., Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Poliakova V.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 04.02.2008 12:06:00, 10741070039013048, Change in Contact details of a separate subdivision., Change of separate subdivisions., Change of information about the Head

of a separate subdivision of a Legal Entity., Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 19.02.2008 11:03:49, 10741070040013048, Change in Contact details of a separate subdivision., Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Change of Seat of a separate subdivision of a Legal Entity., Olifir N.V., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 20.03.2008 10:42:37, 10741070041013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Olifir N.V., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 24.03.2008 10:35:45, 10741070042013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Olifir N.V., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 31.03.2008 11:17:48, 10741040043013048, Poliakova V.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 10.04.2008 11:54:36, 10741040044013048, Poliakova V.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, .20.05.2008 15:03:06, 10741040045013048, Maiboroda V.H., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 12.06.2008 11:44:55, 10741070046013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 16.09.2008 11:37:12, 10741070047013048, Change in Contact details of a separate subdivision., Change of separate subdivisions., Change of Seat of a separate subdivision of a Legal Entity., Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 22.09.2008 10:54:25, 10741070048013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Poliakova V.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 10.10.2008 10:24:53, 10741070049013048, Change of a Chief Executive or information about the Chief Executive of a Legal Entity. Change of natural persons or change of information about natural persons - taxpayers who have the right to act on behalf of a Legal Entity without a Power of Attorney, including signing contracts, submitting documents for state registration, etc., Poliakova V.O., State Administration of Shevchenkivskyi District in Kyiv City

Error correction, 10.10.2008 10:37:55, 10747770050013048, Poliakova V.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 15.10.2008 11:20:10, 10741070051013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Poliakova V.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the constituent documents of Legal Entity, 27.10.2008 13:03:52, 10741050052013048, Other amendments., Change in the structure of or in the details on the founders. Change in the structure of the founders (participants) or in the details on the founders (participants) of Legal Entity., Poliakova V.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 11.11.2008 12:40:19, 10741040053013048, Poliakova V.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the constituent documents of Legal Entity, 11.11.2008 12:53:34, 1074105055013048, Other amendments., Poliakova V.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 11.11.2008 12:47:19, 10741070054013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Poliakova V.O., State Administration of Shevchenkivskyi District in Kyiv City

29945723 page 10 of 23

State registration of amendments to the records of Legal Entity, 15.12.2008 09:37:11, 10741070056013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Poliakova V.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the constituent documents of Legal Entity, 08.01.2009 11:49:56, 10741050057013048, Other amendments., Change in the amount of share (contributed) capital (share fund) of Legal Entity. Change in the structure of or in the details on the founders. Change in the structure of the founders (participants) or in the details on the founders (participants) of Legal Entity. Change in the share or contributed capital. Poliakova V.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 22.01.2009 11:09:48, 10741070058013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Change of Seat of a separate subdivision of a Legal Entity., Poliakova V.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 09.02.2009 09:28:01, 10741070059013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Sotnikova T.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 02.03.2009 12:07:22, 10741070060013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 20.03.2009 11:48:02, 10741070061013048, Change of Contact details of Legal Entity., Change of a Chief Executive or information about the Chief Executive of a Legal Entity. Change of natural persons or change of information about natural persons - taxpayers who have the right to act on behalf of a Legal Entity without a Power of Attorney, including signing contracts, submitting documents for state registration, etc., Poliakova V.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 08.07.2009 09:46:49, 10741070062013048, Change of separate subdivisions., Change of Seat of a separate subdivision of a Legal Entity., Poliakova V.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the constituent documents of Legal Entity, 13.08.2009 14:56:56, 10741050063013048, Change of name of a Legal Entity (full and/or abbreviated). Change of full name. Change of abbreviated name., Maiboroda V.H., State Administration of Shevchenkivskyi District in Kyiv City

29945723 page 11 of 23

State registration of amendments to the records of Legal Entity, 06.10.2009 10:43:42, 10741070064013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Change of the full name of a separate subdivision of Legal Entity, Siroshtan H.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 07.10.2009 17:19:03, 10741070065013048, Change of Contact details of a separate subdivision., Change of separate subdivisions., Change of the full name of a separate subdivision of Legal Entity, Siroshtan H.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 12.10.2009 15:59:47, 10741070066013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Change

of the full name of a separate subdivision of Legal Entity, Siroshtan H.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 12.10.2009 16:37:41, 10741070067013048, Change of separate subdivisions., Change of the full name of a separate subdivision of Legal Entity, Siroshtan H.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the constituent documents of Legal Entity, 15.10.2009 09:13:03, 10741050068013048, Other amendments., Change in the amount of share (contributed) capital (share fund) of Legal Entity. Change in the structure of or in the details on the founders. Change in the structure of the founders (participants) or in the details on the founders (participants) of Legal Entity. Change in the share or contributed capital. Maiboroda V.H., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 21.10.2009 10:40:27, 10741070069013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Siroshtan H.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 23.10.2009 10:20:04, 10741070070013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Change of Seat of a separate subdivision of a Legal Entity., Siroshtan H.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 27.10.2009 11:17:21, 10741070071013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Siroshtan H.O., State Administration of Shevchenkivskyi District in Kyiv City

29945723 page 12 of 23

State registration of amendments to the records of Legal Entity, 10.11.2009 11:01:23, 10741070072013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Siroshtan H.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 16.11.2009 11:58:36, 10741070073013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Siroshtan H.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 15.12.2009 10:54:10, 10741070074013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Siroshtan H.O., State Administration of Shevchenkivskyi District in Kyiv City

Error correction, 23.12.2009 12:20:06, 10747770075013048, Siroshtan H.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 14.01.2010 11:01:20, 10741070076013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Siroshtan H.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 27.01.2010 12:11:08, 10741070077013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Olifir N.V., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 02.02.2010 11:25:21, 10741070078013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Olifir N.V., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 09.02.2010 10:49:13, 10741070079013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Olifir N.V., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 16.02.2010 12:08:14, 10741070080013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Olifir N.V., State Administration of Shevchenkivskyi District in Kyiv City

29945723 page 13 of 23

State registration of amendments to the records of Legal Entity, 16.03.2010 10:07:52, 10741070081013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Siroshtan H.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of Legal Entity, 17.03.2010 11:55:50, 10741040082013048, Siroshtan H.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of Legal Entity, 17.03.2010 11:58:37, 10741040083013048, Siroshtan H.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 06.04.2010 11:59:13, 10741070084013048, Change of nature of business of Legal Entity., Change of nature of business., Siroshtan H.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 19.04.2010 12:27:19, 10741070085013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Siroshtan H.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 05.05.2010 14:21:26, 10741070086013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Change of nature of business of a separate subdivision of Legal Entity., Siroshtan H.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 07.06.2010 12:17:45, 10741070087013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Siroshtan H.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the constituent documents of Legal Entity, 08.06.2010 13:58:53, 10741050088013048, Other amendments., Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 24.06.2010 12:40:31, 10741040090013048, Bashynska A.M., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 24.06.2010 12:33:46, 10741070089013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Bashynska A.M., State Administration of Shevchenkivskyi District in Kyiv City

29945723 page 14 of 23

State registration of amendments to the records of Legal Entity, 07.07.2010 15:39:21, 10741070091013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Change of nature of business of a separate subdivision of Legal Entity., Sotnikova T.O., State Administration of Shevchenkivskyi District in Kyiv City

Confirmation of Legal Entity's details, 14.10.2010 12:27:00, 10741060092013048, Change of Contact details of Legal Entity, Poliakova V.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 20.10.2010 14;31:33, 10741040093013048, Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 20.10.2010 15:23:48, 10741040094013048, Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 20.10.2010, 16:36:11 10741070095013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Change of nature of business of a separate subdivision of Legal Entity., Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 21.10.2010 11:42:01, 10741040096013048, Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 22.10.2010 10:55:01, 10741040097013048, Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 25.10.2010, 11:15:12, 10741070098013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Change of nature of business of a separate subdivision of Legal Entity., Change of Seat of a separate subdivision of a Legal Entity., Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 26.10.2010, 10:44:07, 10741040099013048, Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 26.10.2010 10:48:38, 10741070100013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Change of nature of business of a separate subdivision of Legal Entity., Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

29945723 page 15 of 23

Error correction, 28.10.2010 18:09:52, 10747770101013048, Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 01.03.2011 17:46:10, 10741070102013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Change of nature of business of a separate subdivision of Legal Entity., Change of Seat of a separate subdivision of a Legal Entity., Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 02.03.2011 09:45:12, 10741040103013048, Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 30.05.2011 09:08:18, 10741040104013048, Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 02.06.2011 13:31:30, 10741040105013048, Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 18.07.2011 16:36:23, 10741070106013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Dubyna A.B., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 19.07.2011 12:23:53, 10741040107013048, Dubyna A.B., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 01.08.2011 11:27:41, 10741040109013048, Kravchuk A.M., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 01.08.2011 11:14:56, 10741070108013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Kravchuk A.M., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 23.08.2011 14:21:25, 10741040111013048, Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 23.08.2011 14:13:48, 10741070110013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

29945723 page 16 of 23

State registration of the termination of a separate subdivision of a Legal Entity, 14.09.2011 14:36:14, 10741040113013048, Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 14.09.2011 14:25:19, 10741070112013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 29.09.2011 14:21:07, 10741040114013048, Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 18.10.2011 14:30:25, 10741070115013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 28.11.2011 14:32:18, 10741070116013048, Change of separate subdivisions., Change of the full name of a separate subdivision of Legal Entity., Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 26.12.2011 14:27:32, 10741070117013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 31.01.2012 14:31:12, 10741070118013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 20.02.2012 14:55:56, 10741070119013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 29.02.2012 14:29:26, 10741040120013048, Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 12.03.2012 16:01:43, 10741070121013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

29945723 page 17 of 23

State registration of the termination of a separate subdivision of a Legal Entity, 05.04.2012 09:14:43, 10741040122013048, Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 27.04.2012 09:12:36, 10741040123013048, Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 27.04.2012 09:23:59, 10741070124013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 22.05.2012 09:27:12, 10741040125013048, Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 22.05.2012 09:40:31, 10741070126013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 28.05.2012 14:06:20, 10741040127013048, Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the constituent documents of Legal Entity, 09.06.2012 10:25:36, 10741050128013048, Other Amendmens. Change of name of a Legal Entity (full and/or abbreviated). Change of abbreviated name., Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 12.06.2012 09:13:55, 10741040130013048, Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 12.06.2012 09:11:54, 10741070129013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Lintsova V.Iu., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 20.07.2012 09:43:17, 10741070131013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Dubyna A.B., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 17.08.2012 14:20:51, 10741070132013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Antoshchenko H.L., State Administration of Shevchenkivskyi District in Kyiv City

29945723 page 18 of 23

State registration of amendments to the records of Legal Entity, 20.08.2012 13:27:11, 10741070132013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity.. Pletenets M.V., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 31.08.2012 11:38:16, 10741040134013048, Siroshtan H.O., State Administration of Shevchenkivskyi District in Kyiv City

Error correction, 10.09.2012 09:30:20, 10747770135013048, Siroshtan H.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 12.09.2012 14:13:02, 10741040137013048, Sotnikova T.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 12.09.2012 14:10:04, 107410601360136013048, Change of Contact details of Legal Entity., Sotnikova T.O., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 20.09.2012 09:36:11, 10741040138013048, Antoshchenko H.L., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 24.09.2012 11:50:21, 10741040139013048, Antoshchenko H.L., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 24.09.2012 11:57:30, 10741070140013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Antoshchenko H.L.,State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 16.10.2012 16:00:19, 10741040141013048, Antoshchenko H.L., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 23.10.2012 12:54:11, 10741040142013048, Antoshchenko H.L., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 30.10.2012 16:37:37, 10741040143013048, Antoshchenko H.L., State Administration of Shevchenkivskyi District in Kyiv City

29945723 page 19 of 23

State registration of amendments to the records of Legal Entity, 14.11.2012 15:40:45, 10741070144013048, Change of separate subdivisions., Change of information about the Head of a separate subdivision of a Legal Entity., Change of nature of business of a separate subdivision of Legal Entity., Change of nature of business of Legal Entity., Change of nature of business., Antoshchenko H.L., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 12.02.2013 17:02:51, 10741040145013048, Antoshchenko H.L., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 27.02.2013 16:43:08, 10741040146013048, Antoshchenko H.L., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 15.03.2013 15:47:37, 10741040147013048, Kucheriavyi R.T., State Administration of Shevchenkivskyi District in Kyiv City

State registration of the termination of a separate subdivision of a Legal Entity, 22.03.2013 14:43:53, 10741040148013048, Antoshchenko H.L., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the records of Legal Entity, 11.06.2013 17:43:40, 10741070149013048, Change of Contact details of Legal Entity., Antoshchenko H.L., State Administration of Shevchenkivskyi District in Kyiv City

Confirmation of Legal Entity's details, 01.10.2013 14:59:19, 10741060150013048, Change of Contact details of Legal Entity., Hordiienko V.I., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the constituent documents of Legal Entity, 08.10.2013 14:22:14, 10741050151013048, Change in the amount of share (contributed) capital (share fund) of Legal Entity. Change in the structure of or in the details on the founders. Change in the structure of the founders (participants) or in the details on the founders (participants) of Legal Entity. Change in the share or contributed capital. Antoshchenko H.L., State Administration of Shevchenkivskyi District in Kyiv City

Confirmation of Legal Entity's details, 03.10.2014 10:20:28, 10741060152013048, Change of Contact details of Legal Entity., Kucheriavyi R.T., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the constituent documents of Legal Entity, 09.04.2015 10:20:05, 10741050153013048, Change in the amount of share (contributed) capital (share fund) of Legal Entity. Change in the structure of or in the details on the founders. Change in the structure of the founders (participants) or in the details on the founders (participants) of Legal Entity. Change in the share or contributed capital. Kravchuk A.M., State Administration of Shevchenkivskyi District in Kyiv City

29945723 page 20 of 23

State registration of amendments to the constituent documents of Legal Entity, 19.06.2015 14:26:44, 10741050154013048, Other amendments., Antoshchenko H.L., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the constituent documents of Legal Entity, 04.09.2015 15:42:50, 10741050155013048, Change in the amount of share (contributed) capital (share fund) of Legal Entity. Change in the structure of or in the details on the founders. Change in the structure of the founders (participants) or in the details on the founders (participants) of Legal Entity. Change in the share or contributed capital. Antoshchenko H.L., State Administration of Shevchenkivskyi District in Kyiv City

State registration of amendments to the constituent documents of Legal Entity, 27.04.2016 11:34:17, 10741050156013048, Change in the amount of share (contributed) capital (share fund) of Legal Entity. Change in the structure of or in the details on the founders. Change in the structure of the founders (participants) or in the details

on the founders (participants) of Legal Entity. Change in the share or contributed capital., Shevkova O.V., Notary of Private Practice, Shevkova O.V.

State registration of amendments to the records of Legal Entity, 29.04.2016 10:57:30, 10741070157013048, Change of a Chief Executive or information about the Chief Executive of a Legal Entity., Shevkova O.V., Notary of Private Practice, Shevkova O.V.

Error correction, 29.04.2016 11:02:27, 10747770158013048, Shevkova O.V., Notary of Private Practice, Shevkova O.V.

State registration of amendments to the constituent documents of Legal Entity, 29.06.2016 18:53:23, 10741050159013048, Other amendments., Shevkova O.V., Notary of Private Practice, Shevkova O.V.

State registration of amendments to the records of Legal Entity, 01.07.2016 12:04:51, 10741070160013048, Change of a Chief Executive or information about the Chief Executive of a Legal Entity., Yevmina I.L., Notary of Private Practice, Yevmina I.L.

Error correction, Yevmina I.L., 01.07.2016 12:09:13, 10747770161013048, Notary of Private Practice, Yevmina I.L.

Error correction, Yevmina I.L., 01.07.2016 12:29:40, 10747770162013048, Notary of Private Practice, Yevmina I.L.

State registration of amendments to the records of Legal Entity, 13.08.2016 15:20:18, 10741070163013048, Change of a Chief Executive or information about the Chief Executive of a Legal Entity., Shevkova O.V., Notary of Private Practice, Shevkova O.V.

State registration of amendments to the constituent documents of Legal Entity, 13.09.2016 11:19:17, 10741050164013048, Change in the amount of share (contributed) capital (share fund) of Legal Entity., Change in the structure of or in the details on the founders. Change in the structure of the founders (participants) or in the details on the founders (participants) of Legal Entity., Change in the share or contributed capital., Shevkova O.V., Notary of Private Practice, Shevkova O.V.

29945723 page 21 of 23

State registration of amendments to the constituent documents of Legal Entity, 04.10.2017 09:48:50, 10741050165013048, Change in the amount of share (contributed) capital (share fund) of Legal Entity. Change in the structure of or in the details on the founders. Change in the structure of the founders (participants) or in the details on the founders (participants) of Legal Entity. Change in the share or contributed capital., Syrotiuk O.V., Notary of Private Practice, Syrotiuk O.V.

State registration of amendments to the constituent documents of Legal Entity, 26.10.2017 09:24:52, 10741050166013048, Other amendments., Syrotiuk O.V., Notary of Private Practice, Syrotiuk O.V.

State registration of amendments to the constituent documents of Legal Entity, 22.01.2019 19:05:02, 10741050167013048, Other amendments., Syrotiuk O.V., Notary of Private Practice, Syrotiuk O.V.

State registration of amendments to the constituent documents of Legal Entity, 28.07.2020 19:17:50, 10741050168013048, Change of Seat of Legal Entity (if specified in the constituent documents). Change in the structure of or in the details on the founders. Change in the structure of the founders (participants) or in the details on the founders (participants) of Legal Entity. Syrotiuk O.V., Notary of Private Practice, Syrotiuk O.V.

State registration of amendments to the records of Legal Entity, 27.09.2021 11:07:05, 1000741070169013048, Change of the Ultimate Beneficial Owner (Controller) or change of details of the Ultimate Beneficial Owner (Controller)., Change in the structure of the founders (participants) or in the details on the founders (participants) of Legal Entity., Hnots O.Iu., State Administration of Obolonskyi District in Kyiv City

Registration of a decision of a state body on the termination of a legal entity as a result of its liquidation, 11.03.2022 10:39:36, 1000741780170013048, Kuliavyi A.S., South-Western Interregional Department of the Ministry of Justice (Ivano-Frankivsk City)

State registration of amendments to the records of Legal Entity, 02.11.2022 10:47:08, 1000741070171013048, Change of a Chief Executive or information about the Chief Executive of a Legal Entity., Bilovar I.O., Notary of Private Practice, Bilovar I.O.

State registration of amendments to the records of Legal Entity, 20.12.2022 16:35:59, 1000741070172013048, Change of the Ultimate Beneficial Owner (Controller) or change of details of the Ultimate Beneficial Owner (Controller)., Bilovar I.O., Notary of Private Practice, Bilovar I.O.

***Contact details of a Legal Entity:***
+ 380442795161, 0800215161, www.pib.com.ua

29945723 page 22 of 23

***Date and time of the Extract generation:***
20.12.2022 at 16:42:20

The Unified State Register of Legal Entities, Individual Entrepreneurs and Non-Government Organizations is under formation process. Information on Legal Entities, Individual Entrepreneurs and Non-Government Organizations registered before 01.07.2004 and not included in the Unified State Register of Legal Entities, Individual Entrepreneurs and Non-Government Organizations shall be obtained in the Executive Authority where the state registration was made.

**The Notary Private Practice, I.O. Bilovar**                          **I.O. Bilovar**

29945723 page 23 of 23

*[National Coat of Arms of Ukraine]*
**DEPOSIT GUARANTEE FUND EXECUTIVE DIRECTORATE**

**RESOLUTION**

25.02.2022             Kyiv             No. 130

Commencement of Winding-up procedure
of JOINT-STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK
PUBLIC STOCK COMPANY
and Bank's Official Receiver powers delegation

Following the Article 12, Part 5, clause 2, Article 35 Part I, Article 44 Parts IV and V, and Articles 45, 47, 48 of the Law of Ukraine "On Deposit Guarantee Schemes" (hereinafter referred to as the Law), based on the Resolution No.90-рш/БТ "On revocation of Bank License and "JOINT-STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK" Public Joint-Stock Company winding-up" by the Management Board of the National Bank of Ukraine dd. 25.02.2022, the Deposit Guarantee Fund Executive Directorate (hereinafter referred to as the Fund)

**RESOLVED to as follows:**

1. commence winding up procedure of "JOINT-STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK" PUBLIC JOINT-STOCK COMPANY (hereinafter referred to as the JOINT-STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK PJSC) for the period of three years commencing from 25.02.2022 to 24.02.2025 inclusive.

2. appoint as the Authorized Person of the Fund and delegate all the powers being vested to JOINT-STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK PJSC's Official Receiver, as provided for by the Law, in particular, the Articles 37, 38, 47-52, 52$^1$, 53 of the Law, including signature any and all agreements related to the Bank's assets realization in the manner as provided by the Law, but other than the powers related to the arrangement of Bank's assets realization, to Mr. Karachentsev Artem Yuriiovych (Taxpayer ID Number 3088119116)the Chief Expert in the matters of banks winding-up of the Banks Winding-up Procedure Arrangement Office of the Banks Winding-up Department for the period of three years from 25.02.2022 to 24.02.2025 inclusive.

3. to Public Affairs and International Organizations Department (I.V. Servetnyk): to assure the publication of information on commencing the winding-up procedure of JOINT-STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK PJSC and appointment of the Fund's Authorized Person and delegation of the powers being vested to the Official Receiver of JOINT-STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK PJSC, as provided for by the Law, on the official Web-site of the Fund in the Internet not later that the nest business day and in "The Government courier" and "the Voice of Ukraine" Magazines not later that the seven days following this Resolution.

4. taking into consideration the announcement of the Military Emergency in Ukraine and be guided by the Regulations of the Constitution of Ukraine, having the purpose to save the life and health of the people, the winding-up procedure shall be made remotely without visiting at the Bank's address.

5. control over this Resolution execution shall be vested on Bilai Olha, the Deputy Director-Controller.

6. This Resolution shall come into effect immediately upon its passing.

Acting Directoe-Controller   *[signed in ink]*   Viktor NOVIKOV

Idn. 49                               Executive Directorate Meeting Minutes
                                              No. 012/22 dd. 25.02.2022

**UKRAINE**
*[National Coat of Arms of Ukraine]*

### AFFIDAVIT

**Kyiv, Ukraine, on this day the twenty second of December, two thousand twenty two**

I, **Mr. KARACHENTSEV Artem Yuriiovych, the citizen of Ukraine, date of birth: July 23, 1984,** Taxpayer ID Number **3088119116,** holder of the Passport KO143078, Issuing Authority: Leninskyi District Department of Poltava Municipal Department of the Ministry of Internal Affairs of Ukraine Administration in Poltava Region, date of issue: November 22, 2000, domicile address: 5, Mykola Vavilov Avenue, Apartment 52, Poltava, Poltava Region, be guided by the Law of Ukraine "On Deposit Guarantee Schemes" and Resolution No.130 passed by the Executive Directorate of the Deposit Guarantee Fund on 25.02.2022 "On commencing the winging-up of JOINT-STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK PJSC and delegation of the powers of the Bank's Official Receiver", is the Authorized Person of the Deposit Guarantee Fund to liquidate "**JOINT-STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK" PUBLIC STOCK COMPANY,** hereinafter referred to as the **Bank,** Legal Seat: 8, Malopidvalna Street, Kyiv, Company Registration Number: 00039002, having full understanding of the nature of my actions, without being forced and acting voluntarily, do hereby solemnly and sincerely <u>confirm and DECLARE</u> that I appeared before the Notary and presented my Passport of the citizen of Ukraine, Taxpayer ID Number Assignment Document, the above mentioned Resolution passed by the Deposit Guarantee Fund, being absolutely and legally capable, and requested the Notary to do and certify this my Affidavit. Being informed by the Notary of the nature of this Affidavit, having full understanding of the nature of my actions and acting without any force and according to my own free will, and acting independently, I do hereby declare as follows:

I, **Mr. KARACHENTSEV Artem Yuriiovych, the citizen of Ukraine and Authorized Person of the Deposit Guarantee Fund to liquidate the Bank,** do hereby confirm that as on this day the 22nd of December, 2022, 99,7726 percent of the Bank's shares is owned by the State of Ukraine being represented by the State Enterprise "National Investment Fund of Ukraine" and there are no other individuals making direct or indirect decisive impact (control) over the Bank's business and complying with the Charter of the Ultimate Beneficial Owner of the Controller.

In witness whereof I do hereby annex the following document:

The Extract No.29945723 from the Unified State Register of Legal Entities, Individual Entrepreneurs and Non-Government Organizations dd. December 20, 2022, being received by me, Mr. Karachentsev Artem Yuriiovych and pertaining to the Bank.

I, **Mr. Karachentsev Artem Yuriiovych,** was acknowledged by the Notary of the liability for the provision of the false information.

**I, Mr. Karachentsev Artem Yuriiovych, the citizen of Ukraine,** is legally liable for the form, content and authenticity of the presented document.

I do hereby declare that this my solemnly and sincerely declaration, which truthfulness and correctness I do hereby certify, may be relied upon at all times and wherever it might be required, and in witness whereof I put my signature thereto.

**SIGNATURE:** *[signed in ink]/ [written by hand: A.Yu. Karachentsev]*
*[impression of the official round-shaped seal of JOINT-STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK PJSC]*

*[Reg. No. of the Official Printed Form HCE 222455]*

**Kyiv, Ukraine, on this day the twenty second of December, two thousand twenty-two.**

I, **I.O. Bilovar,** acting in my capacity as the Notary of Private Practice for Kyiv City Notarial District, do hereby certify the authenticity of the signature made by **Mr. Karachentsev Artem Yuriiovych, the Authorized Person of the Deposit Guarantee Fund to liquidate "JOINT-STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK" PUBLIC JOINT-STOCK COMPANY,** before me.

The personal identity of the Representative is established, his legal capacity and authorities are verified as well.

In witness of the facts being presented in the Document Mr. **Karachentsev Artem Yuriiovych** annexed to this Affidavit the Extract No.29945723 from the Unified State Register of Legal Entities, Individual Entrepreneurs and Non-Government Organizations dd. December 20, 2022 and copy of the Resolution No. 130 passed by the Executive Directorate of the Deposit Guarantee Fund on 25.02.2022 "On commencing the winging-up of JOINT-STOCK COMMERCIAL INDUSTRIAL AND INVESTMENT BANK PJSC and delegation of the powers of the Bank's Official Receiver".

Recorded in the Register under **No. 4557.**

**THE NOTARY OF PRIVATE PRACTICE**   *[signed in ink]*       **I.O. Bilovar**
*[impression of round-shaped seal: The National Coat of Arms of Ukraine, Notary of Private Practice,
Bilovar Iryna Oleksandrivna, Kyiv City Notarial District]*

> Total numbered, bound and sealed 14 (fourteen) pages

*[signature]*
*[impression of round-shaped seal: The National Coat of Arms of Ukraine, Notary of Private Practice, Bilovar Iryna
Oleksandrivna, Kyiv City Notarial District]*

*[impression of the round-shaped official seal: National Coat of Arms of Ukraine – in the center; for Apostille
purposes, Ministry of Justice of Ukraine, No.6233 - around]*

---

**Apostille
(Convention de La Haye du 5 octobre 1961)**

1. Country:                    Ukraine
   This public document
2. hase been signed by:        I.O. Bilovar
3. acting in the capacity of:  Notary of Private Practice
4. bears the seal/stamp of:    Notary of Private Practice for Kyiv City
   Notarial District
   . Certified
5. at        Kyiv           6. the           22.12.2022
7. by:       D.A. Datsenko, the Department Head of the Ministry of
   Justice of Ukraine
8. Number:   3261263
9. Seal/stamp:                                  10. Signature
   Electronically and digitally signed (stamped) by
   the Ministry of Justice of Ukraine           *[signature]*

*[impression of the round-shaped official seal:
National Coat of Arms of Ukraine – in the center;
for Apostille purposes, Ministry of Justice of
Ukraine, No.6233 - around]*

---

Electronically and digitally signed (stamped) by the Ministry of Justice of Ukraine.
Electronically and digitally signed by the official of the Ministry of Justice of Ukraine
and accompanied by the image of his/her signature
To verify the issuance of this Apostille, see www.apostille.minjust.gov.ua

> Total numbered, bound and sealed 15 (fifteen) pages

*[signature]*
*[impression of round-shaped seal: The National Coat of Arms of Ukraine, Notary of Private Practice, Bilovar Iryna
Oleksandrivna, Kyiv City Notarial District]*
*[impression of the round-shaped official seal: National Coat of Arms of Ukraine – in the center; for Apostille
purposes, Ministry of Justice of Ukraine, No.6233 - around]*

*Переклад тексту цього документу з української мови англійською мовою
здійснено дипломованим перекладачем Гадзало Оленою Юріївною*

*Підпис перекладача* _____                          **Місто**

**Київ, Україна.**

**Двадцять третього грудня дві тисячі двадцять другого року.**

Я, **Біловар І.О.,** приватний нотаріус Київського міського нотаріального округу, засвідчую справжність підпису перекладача **Габелко Олени Юріївни**, який зроблено у моїй присутності.

Особу перекладача встановлено, його дієздатність та кваліфікацію перевірено.

Зареєстровано в реєстрі за № 4608



**Приватний нотаріус**                                                    **І.О. БІЛОВАР**





| **Apostille**<br>**Апостиль**<br>**(Convention de La Haye du 5 octobre 1961**<br>**Гаазька Конвенція від 5 жовтня 1961 року)** | | | |
|---|---|---|---|
| 1. Країна: | Україна | | |
| Цей офіційний документ | | | |
| 2. підписаний | Біловар І.О. | | |
| 3. у якості | приватного нотаріуса | | |
| 4. містить проставлену печатку / штамп | приватного нотаріуса Київського міського нотаріального округу | | |
| Підтверджено | | | |
| 5. в | м. Києві | 6. дата | 26.12.2022 |
| 7. ким | головним спеціалістом Міністерства юстиції України Мельничук В.В. | | |
| 8. за № | 3264267 | | |
| 9. Печатка / штамп | | 10. Підпис | |
| Проставлено електронно-цифровий підпис (печатку) Міністерства юстиції України | | | |



Проставлено електронно-цифровий підпис (печатку) Міністерства юстиції України.
Проставлено електронно-цифровий підпис посадової особи Міністерства юстиції України
та містить візуальне зображення зразка підпису цієї особи.

Для перевірки видачі апостилю, див. www.apostille.minjust.gov.ua

---

Electronically and digitally signed (stamped) by the Ministry of Justice of Ukraine.
Electronically and digitally signed by the official of the Ministry of Justice of Ukraine and
accompanied by the image of his/her signature

To verify the issuance of this Apostille, see www.apostille.minjust.gov.ua

---

Signé (timbré) en version numérique et digitale par le Ministère de la Justice de l'Ukraine.
Signé en version numérique et digitale par le fonctionnaire du Ministère de la Justice de l'Ukraine
et accompagné de l'image de sa signature.

Cette Apostille peut être vérifiée à l'adresse suivante: www.apostille.minjust.gov.ua

