IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN DOES 1 THROUGH 7,

       *Judgment Creditors,*

v.

THE TALIBAN, AL-QAEDA,
and THE HAQQANI NETWORK

       *Judgment Debtors,*

v.

THE BANK OF NEW YORK
MELLON,

       *Garnishee*

Case Action No. 6:22-cv-00990-DNH-TWD

## JOINT STIPULATION SETTING RESPONSE TIMES

**IT IS HEREBY STIPULATED AND AGREED** by the parties hereto, by and through

their undersigned counsel, that time periods for responding to the Order to Show Cause

Regarding the Deposit Guarantee Fund's Motion to Intervene and Vacate the Writ of Execution

are as specified below.

- Opposition papers, if any, be filed with the Court and served upon counsel for DGF

    and Bank of New York Mellon on or before January 27, 2023.

- Reply papers, if any, be filed with the Court and served upon counsel for Judgment

    Creditors and Bank of New York Mellon on or before February 3, 2023.

The above times are not sought for the purpose of delay and good cause exists for such

times.

Pursuant to General Order 22 ¶ 6.3, the undersigned have all consented to the filing of

this Joint Stipulation Setting Response Times.

*/s/ John Thornton* for
Orlando do Campo
do Campo & Thornton, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
(305) 358-6600
od@dandtlaw.com
Bar Roll #703891

John Thornton
(*pro hac vice)*
do Campo & Thornton, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
(305) 358-6600
jt@dandtlaw.com

Daniela Jaramillo
(*pro hac vice)*
do Campo & Thornton, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
(305) 358-6600
dj@dandtlaw.com

*Attorneys for Judgment Creditors*

/s/ *Dennis H. Tracey, III*
Dennis H. Tracey, III
(*pro hac vice*)
Alan M. Mendelsohn
(*pro hac vice*)
Jonathan P. Wieder
(*pro hac vice*)
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, New York 10017
Tel: (212) 918-3000
Fax: (212) 918-3100
dennis.tracey@hoganlovells.com
alan.mendelsohn@hoganlovells.com
jonathan.wieder@hoganlovells.com

*Attorneys for The Deposit Guarantee*
*Fund, as Liquidator of PJSC "Joint*

*Stock Commercial Industrial and
Investment Bank"*

*/s/ Steven B. Feigenbaum*
Steven B. Feigenbaum
605 Third Avenue
New York, New York 10158
(212) 953-6000
sfeigenbaum@katskykorins.com

*Attorneys for Garnishee The Bank
of New York Mellon*

**SO ORDERED** this

_____ day of January, 2023

_____
The Honorable Thérèse Wiley Dancks
United States Magistrate Judge

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that on this 4th of January 2023, I electronically filed the foregoing

document with the Clerk of Court using CM/ECF.

/s/ *Dennis H. Tracey, III*

Dennis H. Tracey, III