IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN DOES 1 THROUGH 7,

    *Judgment Creditors,*

v.

THE TALIBAN, AL-QAEDA,
and THE HAQQANI NETWORK

    *Judgment Debtors,*

v.

THE BANK OF NEW YORK MELLON,

    *Garnishee*

Case Action No. 6:22-cv-00990-DNH-TWD

IT IS SO ORDERED:

*/s/ David N. Hurd*
David N. Hurd
U.S. District Judge

Dated: 1-5-23

## JOINT STIPULATION SETTING RESPONSE TIMES

**IT IS HEREBY STIPULATED AND AGREED** by the parties hereto, by and through their undersigned counsel, that time periods for responding to the Order to Show Cause Regarding the Deposit Guarantee Fund's Motion to Intervene and Vacate the Writ of Execution are as specified below.

- Opposition papers, if any, be filed with the Court and served upon counsel for DGF and Bank of New York Mellon on or before January 27, 2023.

- Reply papers, if any, be filed with the Court and served upon counsel for Judgment Creditors and Bank of New York Mellon on or before February 3, 2023.

The above times are not sought for the purpose of delay and good cause exists for such times.

Pursuant to General Order 22 ¶ 6.3, the undersigned have all consented to the filing of this Joint Stipulation Setting Response Times.