IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Judgment Creditors,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA,<br>and THE HAQQANI NETWORK,<br><br>*Judgment Debtors,*<br><br>v.<br><br>THE BANK OF NEW YORK MELLON,<br><br>*Garnishee.* | Case Action No. 6:22-cv-00990-DNH-TWD |

### ORDER GRANTING CREDITORS' MOTION TO EXTEND WRIT OF EXECUTION

THIS CAUSE is before the Court on the Creditors' Motion to Extend Writ of Execution. Upon due and careful consideration, it is:

ORDERED AND ADJUDGED that the Motion to Extend Writ of Execution served upon the Bank of New York Mellon ("BNYM") is hereby GRANTED and the Writ is hereby extended and shall not expire until further order of the Court.

Dated: January 6, 2023
Syracuse, New York

SO ORDERED:

_____
Thérèse Wiley Dancks
United States Magistrate Judge