IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Judgment Creditors,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA, and THE HAQQANI NETWORK,<br><br>*Judgment Debtors,*<br><br>v.<br><br>THE BANK OF NEW YORK MELLON,<br><br>*Garnishee.* | Case Action No. 6:22-cv-00990-DNH-TWD |

**CREDITORS' NOTICE OF FILING SUPPLEMENTAL EXPERT DECLARATION OF BRIAN FONSECA IN SUPPORT OF DOE CREDITORS'RESPONSE TO THE DEPOSIT GUARANTEE FUND'S ORDER TO SHOW CAUSE REGARDING THE DEPOSIT GUARANTEE FUND'S MOTION TO INTERVENE AND VACATE THE WRIT OF EXECUTION**

PLEASE TAKE NOTICE that John Does 1 through 7 (the "Doe Creditors") intend to rely upon the attached Exhibit A, Supplemental Declaration of Brian Fonseca, and Exhibit B, Appendix, in support of the Response to the Deposit Guarantee Fund's Order to Show Cause Regarding the Deposit Guarantee Fund's Motion to Intervene and Vacate the Writ of Execution.

Respectfully submitted,

s/*Orlando do Campo*
Orlando do Campo
do Campo & Thornton, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
(305) 358-6600
od@dandtlaw.com
Bar Roll #703891

John Thornton
(Admitted *pro hac vice*)
do Campo & Thornton, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
(305) 358-6600
jt@dandtlaw.com

Daniela Jaramillo
(Admitted *pro hac vice*)
do Campo & Thornton, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
(305) 358-6600
dj@dandtlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Orlando do Campo*
Orlando do Campo
