# Exhibit A



**ВИКОНАВЧА ДИРЕКЦІЯ
ФОНДУ ГАРАНТУВАННЯ ВКЛАДІВ ФІЗИЧНИХ ОСІБ**

**РІШЕННЯ**

_19.04.2022                               м. Київ                               №256____

**Про задоволення вимог кредиторів (вкладників), пов'язаних з державою-агресором, у період дії воєнного стану в Україні**

Беручи до уваги Постанову Кабінету Міністрів України від 03.03.2022 року №187 «Про забезпечення захисту національних інтересів за майбутніми позовами держави Україна у зв'язку з військовою агресією Російської Федерації» (надалі - Постанова), відповідно до якої з метою забезпечення захисту національних інтересів за майбутніми позовами держави Україна у зв'язку з військовою агресією Російської Федерації установлено до прийняття та набрання чинності Законом України щодо врегулювання відносин за участю осіб, пов'язаних з державою-агресором, мораторій (заборону) на виконання, у тому числі в примусовому порядку, грошових та інших зобов'язань, кредиторами (стягувачами) за якими є Російська Федерація або такі особи (далі - особи, пов'язані з державою-агресором): громадяни Російської Федерації; юридичні особи, створені та зареєстровані відповідно до законодавства Російської Федерації; юридичні особи, створені та зареєстровані відповідно до законодавства України, кінцевим бенефіціарним власником, членом або учасником (акціонером), що має частку в статутному капіталі 10 і більше відсотків, якої є Російська Федерація, громадянин Російської Федерації або юридична особа, створена та зареєстрована відповідно до законодавства Російської Федерації або відчуження, передачу в заставу, будь-які інші дії, які мають чи можуть мати наслідком відчуження нерухомого майна, цінних паперів, корпоративних прав, транспортних засобів, повітряних та морських суден, суден внутрішнього плавання на користь осіб, пов'язаних з державою-агресором, або на користь Російської Федерації, з урахуванням листа Міністерства юстиції України від 08.03.2022 р. №24560/8.1.3/10-22, керуючись частиною шостою статті 12 Закону України «Про систему гарантування вкладів фізичних осіб» виконавча дирекція Фонду гарантування вкладів фізичних осіб (далі – Фонд) **вирішила**:

ДОКУМЕНТ СЕД ФОНДУ АСКОД

Сертифікат 58E2D9E7F900307B040000008286260019948900
Підписувач Рекрут Світлана Валеріївна
Дійсний з 12.10.2020 по 12.10.2022

Фонд гарантування вкладів фізичних осіб

256/22-РВД від 19.04.2022

1. Доручити уповноваженим особам Фонду на ліквідацію неплатоспроможних банків та департаменту ліквідації банків під час безпосереднього виведення Фондом неплатоспроможних банків з ринку (Старцевій Тетяні) вжити можливих заходів щодо забезпечення дотримання мораторію (заборони) на виконання грошових та інших зобов'язань, кредиторами (стягувачами) за якими є Російська Федерація або особи, пов'язані з державою-агресором, під час задоволення акцептованих вимог кредиторів, шляхом виявлення осіб, пов'язаних з державою-агресором серед кредиторів неплатоспроможних банків з урахуванням виключень, встановлених Постановою, та зупинення виконання будь-яких грошових зобов'язань на користь таких осіб до прийняття, та набрання чинності Законом України щодо врегулювання відносин за участю осіб, пов'язаних з державою-агресором.

2. Доручити управлінню організації виплат вкладникам та операційної підтримки банків, що виводяться з ринку (Ракарчук Олені) вжити можливих заходів щодо забезпечення дотримання мораторію (заборони) на виконання грошових та інших зобов'язань, кредиторами (стягувачами) за якими є Російська Федерація або особи, пов'язані з державою-агресором, під час відшкодування коштів за вкладами за рахунок коштів Фонду вкладникам неплатоспроможних банків, шляхом виявлення осіб, пов'язаних з державою-агресором, серед вкладників неплатоспроможних банків з урахуванням виключень, встановлених Постановою, та зупинення відшкодування коштів за вкладами на користь таких осіб до прийняття та набрання чинності Законом України щодо врегулювання відносин за участю осіб, пов'язаних з державою-агресором.

3. Доручити уповноваженим особам Фонду на ліквідацію неплатоспроможних банків та департаменту консолідованого продажу активів (Кульчицькому Олександру) вжити можливих заходів щодо забезпечення дотримання мораторію (заборони) на відчуження майна (активів) неплатоспроможних банків на користь осіб, пов'язаних з державою-агресором, або на користь Російської Федерації.

4. Доручити уповноваженим особам Фонду на ліквідацію неплатоспроможних банків та департаменту консолідованого продажу активів (Кульчицькому Олександру) під час безпосереднього виведення Фондом неплатоспроможних банків з ринку вжити заходів щодо проведення перевірки покупців (переможців відкритих торгів) на предмет виявлення серед них осіб, пов'язаних з державою-агресором, до моменту укладення договорів купівлі-продажу/відступлення права вимоги.

5. Доручити департаменту ліквідації банків (Старцевій Тетяні) вжити можливих заходів щодо забезпечення дотримання мораторію (заборони) при передачі в оренду рухомого та нерухомого майна неплатоспроможних банків на користь осіб, пов'язаних з державою-агресором, або на користь Російської Федерації.

6. Доручити уповноваженим особам Фонду на ліквідацію неплатоспроможних банків, департаменту ліквідації банків (Старцевій Тетяні) під час

безпосереднього виведення Фондом неплатоспроможних банків з ринку вжити можливих заходів щодо забезпечення дотримання мораторію (заборони) на виконання грошових та інших зобов'язань, кредиторами (стягувачами) за якими є Російська Федерація або особи, пов'язані з державою-агресором, у разі наявності залишкового майна банку після задоволення вимог кредиторів неплатоспроможного банку, право на отримання якого належить акціонерам банку.

7. Доручити уповноваженим особам Фонду на ліквідацію неплатоспроможних банків, структурним підрозділам Фонду в межах компетенції під час безпосереднього виведення Фондом неплатоспроможних банків з ринку вжити можливих заходів щодо забезпечення дотримання мораторію (заборони) на виконання грошових та інших зобов'язань, кредиторами (стягувачами) за якими є Російська Федерація або особи, пов'язані з державою-агресором, при оплаті послуг, наданих третіми особами, залученими на підставі цивільно-правових угод.

8. Доручити уповноваженим особам Фонду на ліквідацію неплатоспроможних банків, департаменту ліквідації банків (Старцевій Тетяні) під час безпосереднього виведення Фондом неплатоспроможних банків з ринку забезпечити до 01.06.2022 року проведення перевірки кредитних портфелів неплатоспроможних банків на предмет виявлення серед позичальників, заставодавців, фінансових та майнових поручителів осіб, пов'язаних з державою-агресором. Про результати проведеної перевірки відзвітувати виконавчій дирекції Фонду не пізніше 5 робочих днів з дня завершення перевірки.

9. Доручити уповноваженим особам Фонду на ліквідацію неплатоспроможних банків та структурним підрозділам Фонду, зазначеним у пунктах 1-3, 5-7 цього рішення, провести перевірку кредиторів (стягувачів) неплатоспроможних банків на предмет виявлення поміж них осіб, пов'язаних з державою-агресором, та відзвітувати виконавчій дирекції Фонду про проведену роботу, для подальшого прийняття відповідних управлінських рішень у наступні терміни:

9.1 уповноваженим особам Фонду на ліквідацію АТ «МР БАНК» та ПАТ «АКЦІОНЕРНИЙ КОМЕРЦІЙНИЙ ПРОМИСЛОВО-ІНВЕСТИЦІЙНИЙ БАНК» провести перевірку кредиторів 4-ої черги в термін до 10.05.2022 року, кредиторів усіх наступних черг після 4-ї черги в термін до 01.06.2022 року. Задоволення акцептованих вимог кредиторів черг, по яким не проведена перевірка відповідно до даного пункту, не здійснювати. Про результати перевірки кредиторів відзвітувати виконавчій дирекції Фонду не пізніше 5 робочих днів з дня завершення перевірки;

9.2 уповноваженим особам Фонду на ліквідацію неплатоспроможних банків, крім уповноважених осіб Фонду на ліквідацію неплатоспроможних банків, зазначених у підпункті 9.1 пункту 9 цього рішення, та структурним підрозділам Фонду, зазначеним у пунктах 1-3, 5-7 цього рішення в строк до 01.06.2022 року провести перевірку кредиторів, включаючи акціонерів та інших контрагентів,

4

неплатоспроможних банків. Задоволення акцептованих вимог кредиторів черг, по яким не проведена перевірка відповідно до даного пункту, включаючи акціонерів та інших контрагентів, неплатоспроможних банків, не здійснювати. Про результати перевірки кредиторів відзвітувати виконавчій дирекції Фонду не пізніше 5 робочих днів з дня завершення перевірки кредиторів.

10. Контроль за виконанням пунктів 1, 5, 6 та 8, 9 цього рішення покласти на Ольгу Білай, пункту 2 цього рішення на Наталію Рудуху, контроль за виконанням пунктів 3, 4 та 7 цього рішення залишаю за собою.

11. Це рішення набирає чинності з моменту його прийняття.

**Директор-розпорядник**                                                                                               **Світлана РЕКРУТ**

Протокол
засідання виконавчої дирекції
від «19» 04 2022 року № 036/22

*Інд. 60*

Члени виконавчої дирекції:

_____ (Андрій ОЛЕНЧИК)

_____ (Віктор НОВІКОВ)

_____ (Олена НУЖНЕНКО)

_____ (Наталія РУДУХА)

_____ (Ольга БІЛАЙ)

Погоджено:

Департамент правового забезпечення _____ (Владислав КАДИРОВ)

Виконавець: Євченко Віта

[emblem]

# EXECUTIVE DIRECTORATE OF THE DEPOSIT GUARANTEE FUND

## DECISION

_04/19/2022                          Kyiv                          №256____

**On satisfaction of claims of creditors**

**(depositors) associated with the aggressor**

**state during the period of martial law in Ukraine**

    Taking into account the Resolution of the Cabinet of Ministers of Ukraine dated 03/03/2022 No. 187 "On ensuring the protection of national interests in future claims of the State of Ukraine in connection with the military aggression of the Russian Federation" (hereinafter referred to as the Resolution), according to which, in order to ensure the protection of national interests in future claims of the State of Ukraine in connection with the military aggression of the Russian Federation, a moratorium (prohibition) on execution, including enforcement, of monetary and other obligations by creditors (claimants) for which the Russian Federation or persons associated (hereinafter referred to as persons associated with the aggressor state): citizens of the Russian Federation; legal entities established and registered in accordance with the legislation of the Russian Federation; legal entities established and registered in accordance with the legislation of Ukraine by ultimate beneficial owner, member or participant (shareholder) having a share in the authorized capital of 10 percent or more, who are the citizens of the Russian Federation,  a citizen of the Russian Federation or a legal entity established and registered in accordance with the legislation of the Russian Federation or alienation, pledge, any other actions that should or may entail the alienation of real estate, securities, corporate rights, vehicles, aircraft and ships, inland navigation vessels in favor of persons associated with the state–aggressor, or in favor of the Russian Federation, taking into account the letter of the Ministry of Justice of Ukraine dated 03/08/2022, No. 24560/8.1.3/10-22, guided by part six of Article 12 of the Law of Ukraine "On the Individual Deposit Guarantee System", the Executive Directorate of the Individual Deposit Guarantee Fund (hereinafter referred to as the Fund) **decided**:

SED FUND ASCOD [ASKOD FUND electronic document management system] DOCUMENT
Certificate 58E2D9E7F900307B04000000828626001994890O
Signatory Svetlana Valerievna Rekrut
Valid from 10/12/2020 to 10/12/2022

Deposit Guarantee Fund for individuals
256/22-RVD dated 04.19.2022

**2**

1.       To entrust the authorized persons of the Fund for the liquidation of insolvent banks and the bank liquidation department during the direct withdrawal of insolvent banks from the market by the Fund (Tatiana Startseva) to take possible measures to ensure compliance with the moratorium (prohibition) on the fulfilment of monetary and other obligations by the creditors (claimants), who are the Russian Federation or persons associated with the aggressor state, in the course of satisfying accepted creditors' claims by identifying persons associated with the aggressor state among the creditors of insolvent banks, subject to the exceptions established by the Resolution, and suspending the fulfilment of any monetary obligations in favor of such persons until the Law of Ukraine on the Settlement of Relations Involving Persons Associated with the Aggressor State comes into force and is accepted.

2.       To entrust the department of organization of payments to depositors and operational support of banks withdrawn from the market (Olena Rakarchuk) to take possible measures to ensure compliance with the moratorium (prohibition) on the fulfilment of monetary and other obligations, the creditors (claimants), who are the Russian Federation or persons associated with the aggressor state, during the reimbursement of funds on deposits at the expense of the Fund to depositors of insolvent banks, by identifying persons associated with the aggressor state among the depositors of insolvent banks, taking into account the exceptions established by the Resolution, and suspending the reimbursement of funds on deposits in favor of such persons until the Law of Ukraine on the settlement of relations involving persons associated with the aggressor state is adopted and enters into force.

3.       To entrust the authorized persons of the Fund for the liquidation of insolvent banks and the department of consolidated sale of assets (Oleksandr Kulchytskyi) to take possible measures to ensure compliance with the moratorium (prohibition) on the alienation of property (assets) of insolvent banks in favor of persons associated with the aggressor state or in favor of the Russian Federation.

4.       To entrust the authorized persons of the Fund for the liquidation of insolvent banks and the department of consolidated sale of assets (Oleksandr Kulchytskyi) during the direct withdrawal of insolvent banks from the market by the Fund to take measures to check buyers (winners of open bidding) to identify persons associated with the aggressor state before concluding purchase and sale/assignment of claim agreements.

5.       Instruct the department of bank liquidation (Tatiana Startseva) to implement possible measures to ensure compliance with the moratorium (prohibition) on the lease of movable and immovable property of insolvent banks in favor of persons associated with the aggressor state or in favor of the Russian Federation.

6.       To entrust the authorized persons of the Fund for the liquidation of insolvent banks, the bank liquidation department (Tatiana Startseva), during

**3**

the direct withdrawal of insolvent banks from the market by the Fund, to take possible measures to ensure compliance with the moratorium (prohibition) on the fulfilment of monetary and other obligations, the creditors (claimants), who are the Russian Federation or persons associated with the aggressor state, in case of presence of the bank's residual property after satisfaction of the insolvent bank's creditors' claims, the right to which belongs to the bank's shareholders.

7. To entrust the authorized persons of the Fund for the liquidation of insolvent banks, structural units of the Fund within their competence, during the direct withdrawal of insolvent banks from the market by the Fund, to take possible measures to ensure compliance with the moratorium (prohibition) on the fulfilment of monetary and other obligations, the creditors (claimants), who are the Russian Federation or persons associated with the aggressor state, when paying for services provided by third parties involved on the basis of civil law agreements.

8. To instruct the authorized persons of the Fund for the liquidation of insolvent banks, the bank liquidation department (Tetiana Startseva), during the direct withdrawal of insolvent banks from the market by the Fund, to ensure that by 06/01/2022 an audit of the loan portfolios of insolvent banks is carried out to identify persons associated with the aggressor state among borrowers, pledgers, financial and property guarantors. Report on the results of the audit to the Executive Directorate of the Fund no later than 5 business days from the date of completion of the audit.

9. To entrust the authorized persons of the Fund for the liquidation of insolvent banks and the structural units of the Fund referred to in paragraphs 1-3, 5-7 of this decision to conduct an audit of creditors (claimants) of insolvent banks to identify persons associated with the aggressor state among them and report to the Executive Directorate of the Fund on the work done, for further adoption of appropriate management decisions within the following terms:

9.1 the authorized persons of the Fund for the liquidation of JSC MR BANK and PJSC JOINT STOCK COMPANY COMMERCIAL INDUSTRIAL AND INVESTMENT BANK shall conduct an audit of the creditors of the 4th priority group by 05/10/2022, and of the creditors of all subsequent priority groups after the 4th priority group by 06/01/2022. The accepted claims of the creditors of the queues that have not been audited in accordance with this clause shall not be satisfied. Report on the results of the creditors' audit to the Executive Directorate of the Fund no later than 5 business days from the date of completion of the audit;

9.2 the authorized persons of the Fund for the Liquidation of insolvent banks, except for the authorized persons of the Fund for the liquidation of insolvent banks referred to in subclause 9.1 of clause 9 of this decision, and the structural units of the Fund referred to in clauses 1-3, 5-7 of this decision, shall conduct an audit of creditors, including shareholders and other counterparties, of insolvent banks by 06/01/2022.

**4**

The accepted claims of the creditors of the queues for which no audit has been conducted in accordance with this clause, including shareholders and other counterparties of insolvent banks, shall not be satisfied. Report on the results of the creditors' audit to the executive directorate of the Fund no later than 5 business days from the date of completion of the creditors' audit.

10. Control over the implementation of clauses 1, 5, 6 and 8, 9 of this decision shall be entrusted to Olga Bilay, clause 2 of this decision to Natalia Rudukha, and control over the implementation of clauses 3, 4 and 7 of this decision shall be reserved to me.

11. This decision shall enter into force upon its adoption.

**Managing director**                                                                 **Svitlana REKRUT**

Minutes of the meeting
of the Executive Directorate
dated 04/19/2022 № 036/22

5

*Index 60*

Members of the Executive Directorate:

_____ (Andriy OLENCHYK)

_____ (Viktor NOVIKOV)

_____ (Olena NUZHNENKO)

_____ (Natalia RUDUKHA)

_____ (Olga BILAY)

Approved by:
Legal Department _____ (Vladislav KADYROV)


Executor: Vita Evchenko



City of New York, State of New York, County of New York

I, Shayna Himelfarb, hereby certify that the document "**DGF 256**" is, to the best of my knowledge and belief, a true and accurate translation from Ukrainian into English.

_____
Shayna Himelfarb

Sworn to before me this
February 6, 2023

_____
Signature, Notary Public



_____
Stamp, Notary Public

**LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS**

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE