IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Judgment Creditors,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA,<br>and THE HAQQANI NETWORK,<br><br>*Judgment Debtors,*<br><br>v.<br><br>THE BANK OF NEW YORK<br>MELLON,<br><br>*Garnishee.* | Case Action No. 6:22-cv-00990-DNH-TWD |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the documents listed below were sent via Certified Mail to the Office of Foreign Asset Control at 1500 Pennsylvania Avenue, N.W.- Annex Washington, DC 20220, on the following dates:

On September 21, 2022, a copy of the Letter Motion to Seal and accompanying exhibits, DE 4, the Motion for Writ of Execution, DE 5, and related exhibits filed under seal, and the Order granting the Letter Motion to Seal. DE 6.

On November 8, 2022, a copy of the Order granting the Motion for Writ of Execution, DE 16, the Writ of Execution, DE 17, and the Notice of Execution. DE 18.

On December 15, 2022, a copy of the Notice of Filing Motion for Extension of Writ of Execution, DE 31, and the Motion for Extension of Writ of Execution and accompanying exhibits. DE 32

On January 17, 2023, a copy of the Motion to Intervene and accompanying exhibits, DE 35, and the Order granting the extension of Writ of Execution. DE 47.

On January 31, 2023, a copy of the Response to the Motion to Intervene and accompanying exhibits, DE 48, and the Notice of Filing Declaration with the accompanying exhibits. DE 49.

On February 10, 2023, a copy of the Reply to Response to the Motion to Intervene, DE 52, the Affidavit in support of Motion to Intervene, DE 53, and the Notice by the Bank of New York Mellon amending the Response to the Writ. DE 54.

On February 24, 2023, a copy of the Stipulation and Order Regarding Disclaimer of Interest and Discharge as to Blocked Account, DE 55, and Order approving the Stipulation. DE 56.

Respectfully submitted,

s/*Orlando do Campo*
Orlando do Campo
do Campo & Thornton, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
(305) 358-6600
od@dandtlaw.com
Bar Roll #703891

John Thornton
(Admitted *pro hac vice*)
do Campo & Thornton, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
(305) 358-6600
jt@dandtlaw.com

Daniela Jaramillo
(Admitted *pro hac vice*)
do Campo & Thornton, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131

(305) 358-6600<br>
dj@dandtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ <u>*Orlando do Campo*</u><br>
Orlando do Campo