IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Judgment Creditors*,<br><br>v.<br><br>THE TALIBAN, AL-QAEDA,<br>and THE HAQQANI NETWORK,<br><br>*Judgment Debtors*,<br><br>v.<br><br>THE BANK OF NEW YORK<br>MELLON,<br><br>*Garnishee*. | Case Action No. 6:22-cv-00990-DNH-TWD |

## NOTICE OF APPEAL

Notice is hereby given that Judgment Creditors John Does 1 through 7 appeal to the United States Court of Appeals for the Second Circuit from the Memorandum-Decision and Order of the Honorable David N. Hurd entered on July 12, 2023 (ECF 61).

The Judgment Creditors appeal from each and every part of the final judgment entered in this matter.

Dated: August 10, 2023.

                                                      Respectfully submitted,

                                                      s/*Orlando do Campo*
                                                      Orlando do Campo
                                                      do Campo & Thornton, P.A.
                                                      150 S.E. 2nd Avenue, Ste. 602
                                                      Miami, Florida 33131
                                                      (305) 358-6600
                                                      od@dandtlaw.com

Bar Roll #703891

John Thornton
(Admitted *pro hac vice*)
do Campo & Thornton, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
(305) 358-6600
jt@dandtlaw.com

Daniela Jaramillo
(Admitted *pro hac vice*)
do Campo & Thornton, P.A.
150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
(305) 358-6600
dj@dandtlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Orlando do Campo*
Orlando do Campo