

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## ELECTRONIC NOTICE OF CIVIL APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

    Please take notice that on August 10, 2023 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

    I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that all the foregoing docket entries, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

    IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 15th day of August, 2023.

Clerk of Court

By:  Joanne Bleskoski
Deputy Clerk

### Case Information

| | |
|---|---|
| Case Name & Case No. | John Doe #1, et al v. The Taliban, et al - 6:22-CV-990 (DNH/TWD) |
| Docket No. of Appeal: | 62 - Notice of Interlocutory Appeal |
| Document Appealed: | 61 - Memorandum-Decision & Order |
| Fee Status: | Paid _X_      (ANYNDC-6406104) |
| Counsel: | Retained _X_ |
| Time Status: | Timely _X_ |
| Motion for Extension of Time: | N/A _X_ |
| Certificate of Appealability: | N/A _X_ |